

**CHASE** ⬣

June 01, 2007 through June 29, 2007

Account Number: ███████████

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

**1. Write in the ending balance shown on this statement** ▭▷ $  40,857.11

**2. List all deposits and other additions**
(such as transfers) not shown on this statement and add the total to the ending balance.

_____     _____
_____     _____
_____     _____
_____     _____

**Total all deposits and additions** ▭▷ + $ _____

**3. List all withdrawals and other subtractions**
(such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance.

| Check Number | Date | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Total all withdrawals and subtractions** ▭▷ - $ _____

**4. This total should match the current balance in your checkbook** ▭▷ = $ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared.  Be prepared to give us the following information:

* Your name and account number
* The dollar amount of the suspected error
* A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, we must hear from you no later than 30 days after the statement was made available to you.  For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible.  We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared.  You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
* Your name and account number
* The dollar amount of the suspected error
* Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
* Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:** If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services.  You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)



EQUAL HOUSING LENDER        Member FDIC



June 01, 2007 through June 29, 2007

Account Number: 



## CHECKS PAID  (continued)

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4124 | 06/18 | 4,133.64 | 4130 | 06/28 | 45.88 |
| 4125 | 06/15 | 836.16 | 4131 | 06/26 | 66.28 |
| 4126 | 06/20 | 4,349.00 | 4132 | 06/28 | 1,301.51 |
| 4127 | 06/20 | 6,200.00 | 4133 | 06/29 | 383.08 |
| 4128 | 06/21 | 1,505.95 | 4136 * | 06/29 | 1,570.46 |
| 4129 | 06/28 | 303.96 | | | |
| | | | **Total Checks Paid** | | **$31,214.01** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/13 | Auto-Owners    Ins. Prem | PPD ID: 1380315280 | $555.24 |
| **Total Electronic Withdrawals** | | | **$555.24** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 06/01 | $1,809.91 | 06/18 | 56,583.23 |
| 06/07 | 66,113.43 | 06/20 | 46,034.23 |
| 06/11 | 64,032.07 | 06/21 | 44,528.28 |
| 06/12 | 61,332.07 | 06/26 | 44,462.00 |
| 06/13 | 59,041.99 | 06/28 | 42,810.65 |
| 06/14 | 57,347.20 | 06/29 | 40,857.11 |
| 06/15 | 61,324.10 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 30 |
| Deposits / Credits | 2 |
| Deposited Items | 11 |
| **Transaction Total** | **43** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | $-8.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



June 01, 2007 through June 29, 2007
Account Number:

This Page Intentionally Left Blank


**CHASE** ⬡

JPMorgan Chase Bank, N.A.
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge, LA 70826 - 0180

June 30, 2007 through July 31, 2007
Account Number: ~~00000625052402~~

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **www.Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00003000 DDA 001 1A 21307 - NNN  1  000000035 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$40,857.11** |
| Deposits and Additions | 1 | 5,364.96 |
| Checks Paid | 35 | - 12,018.99 |
| Electronic Withdrawals | 1 | - 555.24 |
| **Ending Balance** | **37** | **$33,647.84** |

Your monthly service fee was waived because you maintained an average checking balance of  $3,000 or more during the
statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/13 | Deposit | $5,364.96 |
| **Total Deposits and Additions** | | **$5,364.96** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4134 | 07/09 | $70.00 | 4145 | 07/06 | 179.00 |
| 4135 | 07/03 | 186.00 | 4146 | 07/09 | 266.44 |
| 4137 * | 07/02 | 477.57 | 4147 | 07/11 | 438.94 |
| 4138 | 07/02 | 125.69 | 4148 | 07/09 | 62.50 |
| 4139 | 07/03 | 203.00 | 4149 | 07/11 | 26.00 |
| 4140 | 07/03 | 127.00 | 4150 | 07/09 | 400.00 |
| 4141 | 07/03 | 110.00 | 4151 | 07/16 | 4,133.64 |
| 4142 | 07/06 | 54.48 | 4153 * | 07/13 | 836.16 |
| 4143 | 07/09 | 84.25 | 4154 | 07/24 | 41.71 |
| 4144 | 07/13 | 185.45 | 4155 | 07/23 | 52.15 |

Page 1 of 4

 **CHASE** ⬡

June 30, 2007 through July 31, 2007
Account Number: [redacted]

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

**1. Write in the ending balance shown on this statement** ▷ $   33,647.84

**2. List all deposits and other additions**
(such as transfers) not shown on this statement <u>and add the total to the ending balance</u>.

_____   _____
_____   _____
_____   _____
_____   _____

**Total all deposits and additions** ▷ + $_____

**3. List all withdrawals and other subtractions**
(such as outstanding checks and banking card transactions) not shown on this statement. <u>Then subtract this total from the ending balance</u>.

| Check Number | Date | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Total all withdrawals and subtractions** ▷ - $_____

**4. This total should match the current balance in your checkbook** ▷ = $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:**If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:**If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

 **Member FDIC**

 **CHASE** ♦

June 30, 2007 through July 31, 2007
Account Number: ~~000006825052402~~



## CHECKS PAID  (continued)

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4156 | 07/20 | 651.60 | 4164 | 07/20 | 250.00 |
| 4157 | 07/20 | 300.00 | 4165 | 07/23 | 306.35 |
| 4158 | 07/19 | 296.58 | 4166 | 07/31 | 298.89 |
| 4159 | 07/19 | 37.66 | 4167 | 07/26 | 9.83 |
| 4160 | 07/20 | 32.41 | 4168 | 07/26 | 313.77 |
| 4161 | 07/26 | 32.01 | 4169 | 07/30 | 99.00 |
| 4162 | 07/25 | 30.91 | 4170 | 07/25 | 800.00 |
| 4163 | 07/23 | 500.00 | | | |
| | | | **Total Checks Paid** | | **$12,018.99** |

\* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 07/13 | Auto-Owners | Ins. Prem | PPD ID: 1380315280 | $555.24 |
| **Total Electronic Withdrawals** | | | | **$555.24** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 07/02 | $40,253.85 | 07/20 | 36,132.46 |
| 07/03 | 39,627.85 | 07/23 | 35,273.96 |
| 07/06 | 39,394.37 | 07/24 | 35,232.25 |
| 07/09 | 38,511.18 | 07/25 | 34,401.34 |
| 07/11 | 38,046.24 | 07/26 | 34,045.73 |
| 07/13 | 41,834.35 | 07/30 | 33,946.73 |
| 07/16 | 37,700.71 | 07/31 | 33,647.84 |
| 07/19 | 37,366.47 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 36 |
| Deposits / Credits | 1 |
| Deposited Items | 10 |
| **Transaction Total** | **47** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | $-8.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



June 30, 2007 through July 31, 2007
Account Number:

This Page Intentionally Left Blank



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge, LA 70826 - 0180

August 01, 2007 through August 31, 2007

Account Number: 00000625052402



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **www.Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00003094 DDA 001 1A 24407 - NNN  1  000000023 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$33,647.84** |
| Deposits and Additions | 1 | 6,432.12 |
| Checks Paid | 23 | - 26,157.06 |
| Electronic Withdrawals | 2 | - 950.23 |
| **Ending Balance** | **26** | **$12,972.67** |

Your monthly service fee was waived because you maintained an average checking balance of  $3,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | Deposit | $6,432.12 |
| **Total Deposits and Additions** | | **$6,432.12** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4121 | 08/01 | $7,000.00 | 4176 | 08/13 | 54.30 |
| 4171 * | 08/06 | 90.00 | 4177 | 08/09 | 26.05 |
| 4172 | 08/16 | 30.40 | 4178 | 08/07 | 5,731.77 |
| 4173 | 08/16 | 48.59 | 4179 | 08/07 | 3,000.00 |
| 4174 | 08/13 | 84.25 | 4180 | 08/17 | 36.28 |
| 4175 | 08/10 | 257.77 | 4181 | 08/13 | 500.00 |

 **CHASE**

August 01, 2007 through August 31, 2007

Account Number: ████████████████

# BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

**1.** Write in the ending balance shown on this statement ➡ $ _____ 12,972.67

**2. List all deposits and other additions**
(such as transfers) not shown on this statement and add the total to the ending balance.

_____    _____
_____    _____
_____    _____
_____    _____

Total all deposits and additions ➡ + $ _____

**3. List all withdrawals and other subtractions**
(such as outstanding checks and banking card transactions) not shown on this statement. <u>Then subtract this total from the ending balance.</u>

| Check Number | Date | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total all withdrawals and subtractions ➡ - $ _____

**4.** This total should match the current balance in your checkbook ➡ = $ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:** If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)



**EQUAL HOUSING LENDER**     Member FDIC



CHASE ◯

August 01, 2007 through August 31, 2007

Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮



## CHECKS PAID  (continued)

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4182 | 08/15 | 15.87 | 4188 | 08/20 | 317.49 |
| 4183 | 08/17 | 488.33 | 4189 | 08/22 | 347.76 |
| 4184 | 08/20 | 288.00 | 4190 | 08/21 | 382.00 |
| 4185 | 08/15 | 836.16 | 4191 | 08/22 | 438.94 |
| 4186 | 08/16 | 4,158.64 | 4192 | 08/30 | 2,000.00 |
| 4187 | 08/20 | 24.46 | | | |
| | | | **Total Checks Paid** | | **$26,157.06** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 08/14 | Auto-Owners | Ins. Prem | PPD ID: 1380315280 | $555.25 |
| 08/22 | Anthem Mw | Inspremium 21000007O11Vlcb Web ID: 2311440175 | | 394.98 |
| **Total Electronic Withdrawals** | | | | **$950.23** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/01 | $26,647.84 | 08/15 | 21,928.54 |
| 08/06 | 26,557.84 | 08/16 | 17,690.91 |
| 08/07 | 17,826.07 | 08/17 | 17,166.30 |
| 08/09 | 17,800.02 | 08/20 | 16,536.35 |
| 08/10 | 17,542.25 | 08/21 | 16,154.35 |
| 08/13 | 16,903.70 | 08/22 | 14,972.67 |
| 08/14 | 16,348.45 | 08/30 | 12,972.67 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 25 |
| Deposits / Credits | 1 |
| Deposited Items | 10 |
| **Transaction Total** | **36** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | $-8.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



August 01, 2007 through August 31, 2007
Account Number:

This Page Intentionally Left Blank



**CHASE**
JPMorgan Chase Bank, N.A.
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge, LA 70826 - 0180

September 01, 2007 through September 28, 2007
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **www.Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00003218 DDA 001 1A 27207 - NYN  1  000000027 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

AS A RESULT OF FEDERAL RESERVE BANK CHANGES, YOUR DEPOSIT ACCOUNT
AGREEMENT IS BEING AMENDED. THE FOLLOWING ROUTING TRANSIT NUMBERS
WILL NOW BE CONSIDERED LOCAL. IN LOUISIANA: 0640, 0641, 0642,
2640, 2641, 2642. IN ARIZONA: 1210, 1211, 1212, 1213, 3210,
3211, 3212, 3213.
AS A RESULT OF FEDERAL RESERVE BANK CHANGES, YOUR DEPOSIT ACCOUNT
AGREEMENT IS BEING AMENDED. THE FOLLOWING ROUTING TRANSIT NUMBERS
WILL BE CONSIDERED LOCAL ON 10/19/2007:
IN COLORADO AND UTAH: 0920, 0921, 0929, 2920, 2921, 2929.

### Important Information About Profit Sharing Plan
### or Your Money Purchase Pension Plan

A well-balanced and diversified investment portfolio is important in achieving long-term retirement security.

You have the right to direct how the funds in this retirement plan will be invested. Spreading your assets
among different types of investments can help achieve a favorable return while minimizing your overall risk.

If you invest more than 20% of your retirement savings in any one company or industry, your savings may
not be adequately diversified.  Although diversification is not a guarantee against loss, it can be an effective
strategy to help manage investment risk.

Before you decide how to invest your retirement savings, take into consideration all of your assets, including
any retirement savings outside of this retirement plan.  It is important to periodically review your investment
portfolio, your investment objectives, and the investment options under this retirement plan to help ensure
that your retirement savings will meet your retirement goals.

Please consult your Plan Administrator if you have any questions on vesting and the rules that apply
regarding the self-direction of your funds.  For more information on individual investing and diversification,
visit the Department of Labor Web site at www.dol.gov/ebsa/investing.html



September 01, 2007 through September 28, 2007

Account Number: ██████████████

# BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

**1. Write in the ending balance shown**
   **on this statement**  ➡ $ _____ 477.48

**2. List all deposits and other additions**
   (such as transfers) not shown on this statement
   <u>and add the total to the ending balance.</u>

   _____      _____
   _____      _____
   _____      _____
   _____      _____

   **Total all deposits and additions**  ➡ + $ _____

**3. List all withdrawals and other subtractions**
   (such as outstanding checks and banking card
   transactions) not shown on this statement.  <u>Then
   subtract this total from the ending balance.</u>

   | Check Number | Date | Amount |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

   **Total all withdrawals and subtractions**
   ➡ - $ _____

**4. This total should match the current balance**
   **in your checkbook**  ➡ = $ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:** If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)



EQUAL HOUSING
LENDER    Member FDIC

 CHASE

September 01, 2007 through September 28, 2007

Account Number:  000000625052402

## CHECKING SUMMARY
Chase BusinessClassic

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$12,972.67** |
| Deposits and Additions | 2 | 6,474.87 |
| Checks Paid | 27 | - 18,114.80 |
| Electronic Withdrawals | 2 | - 855.26 |
| **Ending Balance** | **31** | **$477.48** |

Your monthly service fee was waived because you maintained an average checking balance of $3,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/14 | Deposit | $5,374.87 |
| 09/21 | Deposit | 1,100.00 |
| **Total Deposits and Additions** |  | **$6,474.87** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4193 | 09/13 | $226.00 | 4207 | 09/06 | 3,000.00 |
| 4194 | 09/06 | 12.00 | 4208 | 09/14 | 400.00 |
| 4195 | 09/10 | 18.00 | 4209 | 09/14 | 836.16 |
| 4196 | 09/10 | 62.50 | 4210 | 09/17 | 4,152.64 |
| 4197 | 09/10 | 84.25 | 4211 | 09/27 | 186.00 |
| 4198 | 09/10 | 438.94 | 4214 * | 09/26 | 200.00 |
| 4199 | 09/10 | 264.32 | 4215 | 09/25 | 200.00 |
| 4200 | 09/07 | 87.16 | 4216 | 09/24 | 246.39 |
| 4201 | 09/14 | 36.80 | 4217 | 09/28 | 52.15 |
| 4202 | 09/10 | 50.90 | 4219 * | 09/24 | 325.12 |
| 4203 | 09/10 | 36.94 | 4220 | 09/26 | 438.94 |
| 4204 | 09/04 | 5,000.00 | 4221 | 09/25 | 48.59 |
| 4205 | 09/10 | 630.00 | 4223 * | 09/24 | 500.00 |
| 4206 | 09/06 | 581.00 |  |  |  |
|  |  |  | **Total Checks Paid** |  | **$18,114.80** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | Auto-Owners    Ins. Prem        PPD ID: 1380315280 | $555.26 |
| 09/21 | Discover    Phone Pay 601100553072647 Tel ID: 6510020270 | 300.00 |
| **Total Electronic Withdrawals** |  | **$855.26** |





September 01, 2007 through September 28, 2007
Account Number: 000000625052402

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 09/04 | $7,972.67 | 09/21 | 2,674.67 |
| 09/06 | 4,379.67 | 09/24 | 1,603.16 |
| 09/07 | 4,292.51 | 09/25 | 1,354.57 |
| 09/10 | 2,706.66 | 09/26 | 715.63 |
| 09/13 | 1,925.40 | 09/27 | 529.63 |
| 09/14 | 6,027.31 | 09/28 | 477.48 |
| 09/17 | 1,874.67 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 29 |
| Deposits / Credits | 2 |
| Deposited Items | 9 |
| **Transaction Total** | **40** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $8.00 |
| Service Fee Credit | $-8.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge, LA 70826 - 0180

September 29, 2007 through October 31, 2007

Account Number  000000625052402

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **www.Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00002884 DDA 001 1A 30507 - YNN  1 000000010 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



## CHECKING SUMMARY  Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$477.48** |
| Deposits and Additions | 3 | 37,935.59 |
| Checks Paid | 10 | - 36,487.27 |
| Electronic Withdrawals | 1 | - 555.26 |
| Other Withdrawals, Fees & Charges | 2 | - 94.00 |
| **Ending Balance** | **16** | **$1,276.54** |

Your monthly service fee was waived because you maintained an average checking balance of  $3,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/04 | Deposit | 259870661 | $31,664.59 |
| 10/10 | Deposit | | 1,000.00 |
| 10/15 | Deposit | | 5,271.00 |
| **Total Deposits and Additions** | | | **$37,935.59** |

 **CHASE** ⬠

September 29, 2007 through October 31, 2007
Account Number: 000000625052402

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

**1.  Write in the ending balance shown**
**on this statement** 👉 $_____ 1,276.54

**2.  List all deposits and other additions**
(such as transfers) not shown on this statement and add the total to the ending balance.

_____     _____
_____     _____
_____     _____
_____     _____

Total all deposits and additions 👉 + $_____

**3.  List all withdrawals and other subtractions**
(such as outstanding checks and banking card transactions) not shown on this statement.   Then subtract this total from the ending balance.

| Check Number | Date | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total all withdrawals and subtractions 👉 - $_____

**4.  This total should match the current balance**
**in your checkbook** 👉 = $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared.  Be prepared to give us the following information:

 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure
   of, why you believe it is an error, or why you need
   more information

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, we must hear from you no later than 30 days after the statement was made available to you.  For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible.  We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared.  You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • Describe the error and explain, if you can, why
   you believe there is an error; if you need more
   information, describe the item you are unsure of
 • Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:** If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services.  You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address.  (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

 **LENDER**  Member FDIC



September 29, 2007 through October 31, 2007
Account Number: 000000625052402



## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 4218 | 10/02 | $639.05 |
| 4224 * | 10/09 | 30.40 |
| 4225 | 10/11 | 63.00 |
| 4226 | 10/09 | 55.57 |
| 4227 | 10/11 | 246.36 |
| 4228 | 10/12 | 500.00 |
| 4229 | 10/10 | 30,000.00 |
| 4230 | 10/15 | 836.16 |
| 4231 | 10/16 | 3,967.80 |
| 91010 * | 10/12 | 148.93 |
| **Total Checks Paid** | | **$36,487.27** |

\* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/15 | Auto-Owners   Ins. Prem | PPD ID: 1380315280 | $555.26 |
| **Total Electronic Withdrawals** | | | **$555.26** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/02 | Check OR Supply  Order | PPD ID: 1410216800 | $62.00 |
| 10/03 | Insufficient Funds Fee | | 32.00 |
| **Total Other Withdrawals, Fees & Charges** | | | **$94.00** |

A Overdraft fee was charged on 10/03 due to insufficient funds in your account.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/02 | -$223.57 |
| 10/03 | -255.57 |
| 10/04 | 31,409.02 |
| 10/09 | 31,323.05 |
| 10/10 | 2,323.05 |
| 10/11 | 2,013.69 |
| 10/12 | 1,364.76 |
| 10/15 | 5,244.34 |
| 10/16 | 1,276.54 |



September 29, 2007 through October 31, 2007

Account Number: 000000625052402

# SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 11 |
| Deposits / Credits | 3 |
| Deposited Items | 9 |
| **Transaction Total** | **23** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | $-8.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



**CHASE** ◆

JPMorgan Chase Bank, N.A.
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge, LA 70826-0180

November 01, 2007 through November 30, 2007

Account Number: ▊▊▊▊▊▊▊▊▊▊▊▊

|ll.ulul.l.ll.l.l.ll.ull.llulul.ll....ll.ull.ll
00003108 DDA 001 1A 33507 - YYN  1  000000023 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

### CUSTOMER SERVICE INFORMATION

| WebSite: | **www.Chase.com** |
|---|---|
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



**Introducing**

# Chase picks up the tab℠

## Use your Chase debit card and *your next purchase could be on us!*

Now your next dinner out... your next tank of gas... your next holiday gift purchase... could be paid for by Chase! Just enroll your Chase debit card; then use it through the end of the year. Your next purchase could be on us. **1 in every 500** qualifying purchases* will be selected.

### Enroll
Enrollment is free. Simply enroll your Chase debit card by visiting **www.Chase.com/TheTab**

### Use
Use your Chase debit card for everyday qualifying purchases like dining out, shopping, bill payments and more. Every purchase qualifies as long as you don't use your PIN (Personal Identification Number). When swiping your card, always choose "Credit," not "Debit."

### It's on us
1 in every 500 qualifying purchase* will be selected; if your purchase is selected, you'll receive a credit for that purchase amount on your monthly checking account statement

## Enroll today at *www.Chase.com/TheTab*

*Qualifying purchases include signature-authorized purchases, Internet purchases, phone or mail-order purchases, bill payments, contactless purchase (purchases made by holding your Chase debit card to a secure reader or other device instead of swiping your card) and small dollar purchases that do not require using your PIN to authorize the purchase. Purchases authorized by using your PIN (Personal Identification Number) and ATM transactions do not qualify. Chase debit cards linked to a Chase High School Checking account are ineligible for this promotion.

NO PURCHASE NECESSARY TO ENTER OR WIN. A PURCHASE WILL NOT INCREASE YOUR CHANCES OF WINNING. PROMOTION SUBJECT TO ALL FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS. VOID WHERE PROHIBITED OR OTHERWISE RESTRICTED BY LAW. OPEN TO LEGAL U.S. RESIDENTS CURRENTLY RESIDING in CT, IL, IN, KY, LA, MI, NJ, NY, OH, OK, TX, WI and WV WHO ARE 18 YEARS OF AGE OR OLDER. Program begins 12:00:01 a.m. ET on 11/1/07 and ends 11:59:59 p.m. ET on 12/31/07. For information on how to opt in, how to obtain entries, entry limitations, how potential winners are determined, and no purchase method of entry, as well as the rest of the Full Official Rules, please log on to: www.Chase.com/TheTab. Maximum ARV of all prizes is: $17,500,000. Odds of winning any one prize is 1 in 500. SPONSOR: JPMorgan Chase Bank, N.A., 1111 Polaris Parkway, Columbus, OH, 43240.



November 01, 2007 through November 30, 2007

Account Number: ████████████████

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

**1. Write in the ending balance shown on this statement**  ➪ $ _____ 1,161.27

**2. List all deposits and other additions**

(such as transfers) not shown on this statement <u>and add the total to the ending balance.</u>

_____      _____
_____      _____
_____      _____
_____      _____

Total all deposits and additions   ➪ + $ _____

**3. List all withdrawals and other subtractions**

(such as outstanding checks and banking card transactions) not shown on this statement.  <u>Then subtract this total from the ending balance.</u>

| Check Number | Date | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total all withdrawals and subtractions   ➪ - $ _____

**4. This total should match the current balance in your checkbook**   ➪ = $ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:**If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:**If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)



EQUAL HOUSING LENDER   Member FDIC



November 01, 2007 through November 30, 2007
Account Number: 000000525052402



## CHECKING SUMMARY
Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,276.54 |
| Deposits and Additions | 4 | 9,098.45 |
| Checks Paid | 23 | - 8,473.53 |
| Electronic Withdrawals | 1 | - 555.67 |
| Other Withdrawals, Fees & Charges | 4 | - 184.52 |
| Ending Balance | 32 | $1,161.27 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | Deposit | $500.00 |
| 11/15 | Deposit | 5,348.45 |
| 11/23 | Deposit | 2,800.00 |
| 11/30 | Deposit | 450.00 |
| **Total Deposits and Additions** | | **$9,098.45** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4212 | 11/05 | $60.00 | 4242 | 11/16 | 3,954.80 |
| 4213 | 11/05 | 60.00 | 4244 * | 11/30 | 255.82 |
| 4232 * | 11/07 | 200.00 | 4245 | 11/28 | 39.84 |
| 4233 | 11/07 | 419.36 | 4246 | 11/28 | 31.04 |
| 4234 | 11/13 | 42.00 | 4247 | 11/30 | 104.30 |
| 4235 | 11/07 | 32.85 | 4249 * | 11/27 | 21.15 |
| 4236 | 11/06 | 246.39 | 4250 | 11/27 | 300.00 |
| 4237 | 11/07 | 15.87 | 4251 | 11/28 | 300.00 |
| 4238 | 11/06 | 20.87 | 4252 | 11/30 | 314.95 |
| 4239 | 11/06 | 15.11 | 4253 | 11/29 | 40.07 |
| 4240 | 11/07 | 330.10 | 4254 | 11/29 | 832.85 |
| 4241 | 11/15 | 836.16 | | | |
| | | | **Total Checks Paid** | | **$8,473.53** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/13 | Auto-Owners   Ins. Prem | PPD ID: 1380315280 | $555.67 |
| **Total Electronic Withdrawals** | | | **$555.67** |


CHASE

November 01, 2007 through November 30, 2007
Account Number: 00000625052402

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/08 | Insufficient Funds Fee | $105.00 |
| 11/14 | Insufficient Funds Fee | 70.00 |
| 11/30 | Cash Deposit Immediate | 1.52 |
| 11/30 | Service Fee | 8.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$184.52** |

A Overdraft fee was charged on 11/08 due to insufficient funds in your account.

A Overdraft fee was charged on 11/14 due to insufficient funds in your account.

You can waive your monthly service fee by maintaining an average checking balance of $3,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 11/05 | $1,156.54 | 11/15 | 4,115.61 |
| 11/06 | 874.17 | 11/16 | 160.81 |
| 11/07 | -124.01 | 11/23 | 2,960.81 |
| 11/08 | -229.01 | 11/27 | 2,639.66 |
| 11/09 | 270.99 | 11/28 | 2,268.78 |
| 11/13 | -326.68 | 11/29 | 1,395.86 |
| 11/14 | -396.68 | 11/30 | 1,161.27 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 24 |
| Deposits / Credits | 4 |
| Deposited Items | 8 |
| **Transaction Total** | **36** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $8.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$8.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$8.00** |


**CHASE ○**

November 01, 2007 through November 30, 2007
Account Number: ~~XXXXXXXXXXXXXX~~

## STOP PAYMENT RENEWAL NOTICE

**ACCOUNT NUMBER**   **BANK NUMBER**
000000625052402          001

The following Stop Payments will automatically renew for a 1-year period. You may revoke a Stop prior to the renewal date by simply returning a signed copy of this form with an 'X' placed next to each item you may wish to revoke. The revoking of stop payments will be effective on the renewal date listed on your statement. To immediately remove a current stop payment, please contact your Customer Service Representative. Please allow 10 - 15 days for mail and processing times. Please ensure that an authorized signature is placed in the space provided and mailed to the return address listed at the bottom of the page. Any stops that are revoked will expire on the renewal date.



| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 00001-1 | 02/24/06 | 02/24/08 | 3830 | $2,259.48 |

AUTHORIZED SIGNATURE: _____ — DATE: _____

Tri State Realty & Rentals
Inc
111 Fairview Ave
S Point OH 45680-9670

JPMorgan Chase Bank, N.A.
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge  LA 708260180



This Page Intentionally Left Blank


**JPMorgan Chase Bank, N.A.**
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge, LA 70826 - 0180

December 01, 2007 through December 31, 2007
Account Number: ~~000000625052402~~

00002895 DDA 001 1A 00108 - YNN  1  000000006  60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **www.Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



IMPORTANT INFORMATION ABOUT YOUR ACCOUNT(S)
EFFECTIVE 2/1/08, THERE WILL BE CHANGES TO FEES ASSOCIATED WITH
YOUR ACCOUNT(S). THE DETAILS ARE ON THE LAST PAGE OF YOUR
STATEMENT.

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,161.27** |
| Deposits and Additions | 3 | 6,533.60 |
| Checks Paid | 6 | - 6,039.26 |
| Electronic Withdrawals | 3 | - 1,319.16 |
| Other Withdrawals, Fees & Charges | 2 | - 43.00 |
| **Ending Balance** | **14** | **$293.45** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/11 | Deposit | 198320928 | $550.00 |
| 12/14 | Deposit | | 5,558.00 |
| 12/24 | Deposit | | 425.60 |
| **Total Deposits and Additions** | | | **$6,533.60** |


**CHASE** ◉

December 01, 2007 through December 31, 2007

Account Number: ▓▓▓▓▓0000062505240▓▓

# BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

**1. Write in the ending balance shown on this statement** ▭▷ $ _____ 293.45

**2. List all deposits and other additions**

(such as transfers) not shown on this statement and add the total to the ending balance.

_____     _____
_____     _____
_____     _____

**Total all deposits and additions** ▭▷ + $ _____

**3. List all withdrawals and other subtractions**

(such as outstanding checks and banking card transactions) not shown on this statement. <u>Then subtract this total from the ending balance.</u>

| Check Number | Date | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Total all withdrawals and subtractions** ▭▷ - $ _____

**4. This total should match the current balance in your checkbook** ▭▷ = $ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (Consumer phone # and address on front of statement) and non-consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:**If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:**If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)


EQUAL HOUSING
LENDER    Member FDIC



December 01, 2007 through December 31, 2007
Account Number: 



## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 4243 | 12/13 | $522.55 |
| 4248 * | 12/03 | 67.00 |
| 4255 * | 12/10 | 420.61 |
| 4256 | 12/17 | 3,954.80 |
| 4257 | 12/14 | 836.16 |
| 4259 * | 12/31 | 238.14 |
| **Total Checks Paid** | | **$6,039.26** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 12/10 | Directv    Directv  9973104 | Tel ID: 0000035774 | | $522.55 |
| 12/13 | Auto-Owners    Ins. Prem | PPD ID: 1380315280 | | 550.83 |
| 12/24 | Sears Mktg 9432 Echeck | 1192433161 | Tel ID: 1210002031 | 245.78 |
| **Total Electronic Withdrawals** | | | | **$1,319.16** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14 | Insufficient Funds Fee | $35.00 |
| 12/31 | Service Fee | 8.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$43.00** |

A Overdraft fee was charged on 12/14 due to insufficient funds in your account.

You can waive your monthly service fee by maintaining an average checking balance of $3,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/03 | $1,094.27 |
| 12/10 | 151.11 |
| 12/11 | 701.11 |
| 12/13 | -372.27 |
| 12/14 | 4,314.57 |
| 12/17 | 359.77 |
| 12/24 | 539.59 |
| 12/31 | 293.45 |



December 01, 2007 through December 31, 2007

Account Number: ▓00000625052402▓

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 3 |
| Deposited Items | 10 |
| **Transaction Total** | **22** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$8.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$8.00** |



December 01, 2007 through December 31, 2007

Account Number: ███████████████

EFFECTIVE 2/1/08, YOUR ACCOUNT RULES AND REGULATIONS WILL
REFLECT THESE CHANGES FOR ALL OF YOUR CHECKING AND SAVINGS
ACCOUNTS. PLEASE CALL US AT 1-800-935-9935 IF THERE ARE ANY
QUESTIONS.

ITEM COPY FEE WILL BE $5 PER ITEM. IF YOU HAVE CHECK SAFEKEEPING
OR IMAGE STATEMENTS, YOU'LL RECEIVE THREE COPIES A MONTH FREE.
STATEMENT COPY FEE WILL BE $6 PER STATEMENT.





December 01, 2007 through December 31, 2007
Account Number: ████████████████

This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge, LA 70826-0180

00002733 DDA 001 1A 03208 - NNN  1 000000034 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

January 01, 2008 through January 31, 2008
Account Number: 000000250524073



| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| WebSite: | **www.Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

PLEASE SEE THE IMPORTANT NOTICE ON THE LAST PAGE OF THIS
STATEMENT IF YOU HAVE OVERDRAFT PROTECTION.

## CHECKING SUMMARY  Chase BusinessClassic

| | INSTANCES | AMOUNT |
| --- | --- | --- |
| Beginning Balance | | **$293.45** |
| Deposits and Additions | 5 | 10,945.80 |
| Checks Paid | 34 | - 10,625.53 |
| Electronic Withdrawals | 1 | - 515.34 |
| Other Withdrawals, Fees & Charges | 2 | - 11.65 |
| Ending Balance | 42 | **$86.73** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
| --- | --- | --- | --- |
| 01/08 | Deposit | | $2,300.00 |
| 01/09 | Deposit | 198200576 | 400.00 |
| 01/14 | Deposit | | 4,670.80 |
| 01/15 | Deposit | | 375.00 |
| 01/22 | Deposit | | 3,200.00 |
| **Total Deposits and Additions** | | | **$10,945.80** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 4260 | 01/10 | $70.00 | 4267 | 01/08 | 42.30 |
| 4262 * | 01/09 | 33.92 | 4268 | 01/11 | 61.44 |
| 4263 | 01/08 | 15.38 | 4269 | 01/09 | 61.18 |
| 4264 | 01/10 | 36.28 | 4270 | 01/10 | 146.45 |
| 4265 | 01/10 | 316.41 | 4271 | 01/14 | 228.94 |
| 4266 | 01/10 | 598.93 | 4272 | 01/14 | 187.50 |

 CHASE

January 01, 2008 through January 31, 2008
Account Number:

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                   Step 1 Balance:   $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

                                                                          Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                                    Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
   not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                          Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.


EQUAL HOUSING
LENDER          JPMorgan Chase Bank, N.A. Member FDIC



January 01, 2008 through January 31, 2008
Account Number: [redacted]

## CHECKS PAID (continued)

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4273 | 01/07 | 96.30 | 4284 | 01/28 | 59.85 |
| 4274 | 01/18 | 39.00 | 4285 | 01/30 | 18.97 |
| 4275 | 01/14 | 296.42 | 4286 | 01/25 | 131.40 |
| 4276 | 01/14 | 420.61 | 4287 | 01/30 | 29.00 |
| 4277 | 01/14 | 836.16 | 4288 | 01/30 | 314.55 |
| 4278 | 01/15 | 3,954.80 | 4289 | 01/25 | 238.68 |
| 4279 | 01/18 | 36.70 | 4290 | 01/28 | 220.94 |
| 4280 | 01/29 | 456.16 | 4291 | 01/25 | 52.15 |
| 4281 | 01/28 | 650.00 | 4292 | 01/25 | 15.51 |
| 4282 | 01/25 | 17.95 | 4293 | 01/25 | 203.75 |
| 4283 | 01/24 | 220.18 | 4294 | 01/25 | 517.72 |
| | | | **Total Checks Paid** | | **$10,625.53** |



* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 01/15 | Auto-Owners | Ins. Prem | PPD ID: 1380315280 | $515.34 |
| **Total Electronic Withdrawals** | | | | **$515.34** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | Cash Deposit Immediate | $3.65 |
| 01/31 | Service Fee | 8.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$11.65** |

You can waive your monthly service fee by maintaining an average checking balance of $3,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 01/07 | $197.15 | 01/22 | 3,245.19 |
| 01/08 | 2,439.47 | 01/24 | 3,025.01 |
| 01/09 | 2,744.37 | 01/25 | 1,847.85 |
| 01/10 | 1,576.30 | 01/28 | 917.06 |
| 01/11 | 1,514.86 | 01/29 | 460.90 |
| 01/14 | 4,216.03 | 01/30 | 98.38 |
| 01/15 | 120.89 | 01/31 | 86.73 |
| 01/18 | 45.19 | | |



January 01, 2008 through January 31, 2008
Account Number: 000000625052402

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 35 |
| Deposits / Credits | 5 |
| Deposited Items | 7 |
| **Transaction Total** | **47** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$8.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$8.00** |



January 01, 2008 through January 31, 2008
Account Number: 000000625052402



IMPORTANT INFORMATION FOR CUSTOMERS WITH OVERDRAFT PROTECTION

CURRENTLY WE MAIL YOU A TRANSFER NOTICE IF WE TRANSFER FUNDS FROM YOUR OVERDRAFT PROTECTION ACCOUNT. STARTING 3/7/08, WE'LL NO LONGER SEND OVERDRAFT PROTECTION TRANSFER NOTICES IN THE MAIL.

HOWEVER, WE'LL STILL MAIL YOU A NOTICE IF YOUR ACCOUNT HAS INSUFFIENT FUNDS TO COVER A WITHDRAWAL AND IF YOUR OVERDRAFT PROTECTION ACCOUNT WILL NOT COVER THE WITHDRAWALS.

SIGN UP FOR FREE ALERTS AT CHASE.COM AND YOU CAN RECEIVE INFORMATION ON YOUR OVERDRAFT PROTECTION TRANSFERS EVEN FASTER THAN BEFORE. WE'LL CALL OR EMAIL YOU IF WE TRANSFER FUNDS FROM YOUR OVERDRAFT PROTECTION ACCOUNT.

IF YOU WERE A CHASE ONLINE CUSTOMER BY 12/31/07, WE'LL AUTOMATICALLY ENROLL YOU IN FREE EMAIL ALERTS BY 3/1/08. IF YOU WEREN'T ENROLLED, VISIT CHASE.COM OR STOP BY YOUR NEAREST CHASE BRANCH AND SPEAK WITH A BANKER TO SIGN UP FOR FREE ALERTS.

WE VALUE YOU AS A CHASE CUSTOMER AND INVITE YOU TO MANAGE YOUR ALERTS AT CHASE.COM OR CALL US AT 1-800-935-9935 WITH ANY QUESTIONS.



January 01, 2008 through January 31, 2008
Account Number:

This Page Intentionally Left Blank