

**CHASE** ◆

JPMorgan Chase Bank, N.A
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge, LA 70826 - 0180

February 01, 2008 through February 29, 2008

Account Number: ████████████

||||||||||||||||||||||||||||||||||||||||
00002936 DDA 001 1A 06108 - NNY  1  000000021 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



### CUSTOMER SERVICE INFORMATION

| WebSite: | **www.Chase.com** |
|---|---|
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

Did you know you could pay your taxes with your Chase credit or debit card?  Go to www.chasepayyourtaxes.com to learn more.

We are also pleased to offer a 30% discount on Turbo Tax Online federal products, which includes free e-filing.  Visit www.officialpayments.com/chasetaxoffer for information.

TurboTax and TurboTax Online, among others, are registered trademarks and/or service marks of Intuit Inc. in the United States and other countries. Other parties' trademarks or service marks are the property of their respective owners.

## CHECKING SUMMARY  Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$86.73** |
| Deposits and Additions | 3 | 13,067.49 |
| Checks Paid | 21 | - 7,850.08 |
| Electronic Withdrawals | 1 | - 517.55 |
| Other Withdrawals, Fees & Charges | 5 | - 85.51 |
| **Ending Balance** | **30** | **$4,701.08** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/14 | Deposit | $5,535.14 |
| 02/15 | Deposit | 5,532.35 |
| 02/28 | Deposit | 2,000.00 |
| **Total Deposits and Additions** | | **$13,067.49** |

 **CHASE**

February 01, 2008 through February 29, 2008
Account Number: ▓▓▓▓▓▓▓▓▓▓▓▓

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   **Step 1 Balance:**   $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:**   $_____

3. Add Step 2 Total to Step 1 Balance.   **Step 3 Total:**   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | | | |

**Step 4 Total:**   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.


**EQUAL HOUSING LENDER**   JPMorgan Chase Bank, N.A. Member FDIC



February 01, 2008 through February 29, 2008

Account Number: ▓▓▓▓▓▓▓▓▓▓

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4295 | 02/12 | $182.59 | 4307 | 02/19 | 250.87 |
| 4296 | 02/25 | 253.55 | 4308 | 02/20 | 420.61 |
| 4297 | 02/22 | 165.25 | 4309 | 02/19 | 48.15 |
| 4298 | 02/21 | 16.15 | 4310 | 02/20 | 60.00 |
| 4299 | 02/22 | 21.44 | 4312 * | 02/15 | 836.16 |
| 4301 * | 02/21 | 31.04 | 4313 | 02/19 | 3,954.80 |
| 4302 | 02/19 | 198.57 | 4315 * | 02/21 | 16.27 |
| 4303 | 02/19 | 357.38 | 4318 * | 02/29 | 187.50 |
| 4304 | 02/21 | 661.46 | 4319 | 02/29 | 87.37 |
| 4305 | 02/19 | 36.80 | 4321 * | 02/29 | 11.97 |
| 4306 | 02/22 | 52.15 | | | |

Total Checks Paid                    $7,850.08



\* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/13 | Auto-Owners   Ins. Prem | PPD ID: 1380315280 | $517.55 |
| **Total Electronic Withdrawals** | | | **$517.55** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/13 | Insufficient Funds Fee | $35.00 |
| 02/14 | Insufficient Funds Fee | 35.00 |
| 02/25 | Stop Pay Renewal Fee | 4.00 |
| 02/29 | Cash Deposit Immediate | 3.51 |
| 02/29 | Service Fee | 8.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$85.51** |

A Overdraft fee was charged on 02/13 due to insufficient funds in your account.

A Overdraft fee was charged on 02/14 due to insufficient funds in your account.

You can waive your monthly service fee by maintaining an average checking balance of $3,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 02/12 | -$95.86 | 02/15 | 9,547.92 |
| 02/13 | -648.41 | 02/19 | 4,701.35 |
| 02/14 | 4,851.73 | 02/20 | 4,220.74 |



February 01, 2008 through February 29, 2008
Account Number:

## DAILY ENDING BALANCE (continued)

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 02/21 | 3,495.82 | 02/28 | 4,999.43 |
| 02/22 | 3,256.98 | 02/29 | 4,701.08 |
| 02/25 | 2,999.43 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 22 |
| Deposits / Credits | 3 |
| Deposited Items | 12 |
| **Transaction Total** | **37** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$8.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$8.00** |

 **CHASE**

JPMorgan Chase Bank, N.A.
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge, LA 70826 - 0180

March 01, 2008 through March 31, 2008
Account Number:

00002794 DDA 001 1A 09208 - NYN  1  000000032 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **www.Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$4,701.08** |
| Deposits and Additions | 5 | 10,073.00 |
| Checks Paid | 32 | - 12,532.78 |
| Electronic Withdrawals | 1 | - 517.55 |
| Other Withdrawals, Fees & Charges | 2 | - 9.69 |
| **Ending Balance** | **40** | **$1,714.06** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/12 | Deposit | $2,200.00 |
| 03/14 | Deposit | 4,673.00 |
| 03/24 | Deposit | 1,600.00 |
| 03/24 | Deposit | 600.00 |
| 03/26 | Deposit | 1,000.00 |
| **Total Deposits and Additions** | | **$10,073.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4300 | 03/04 | $674.28 | 4324 | 03/07 | 36.80 |
| 4311 * | 03/07 | 1,535.14 | 4325 | 03/05 | 433.43 |
| 4314 * | 03/05 | 260.01 | 4326 | 03/05 | 52.37 |
| 4316 * | 03/03 | 20.09 | 4327 | 03/03 | 50.00 |
| 4317 | 03/05 | 112.79 | 4328 | 03/17 | 92.25 |
| 4320 * | 03/03 | 651.04 | 4329 | 03/18 | 16.15 |
| 4322 * | 03/05 | 69.00 | 4330 | 03/17 | 19.54 |
| 4323 | 03/04 | 396.89 | 4331 | 03/17 | 97.11 |



March 01, 2008 through March 31, 2008
Account Number: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  Write in the Ending Balance shown on this statement:          **Step 1 Balance:** $_____

2.  List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                                 **Step 2 Total:** $_____

3.  Add Step 2 Total to Step 1 Balance.                          **Step 3 Total:** $_____

4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | | |

                                                                 **Step 4 Total:**  -$_____

5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:     $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING
LENDER        **JPMorgan Chase Bank, N.A. Member FDIC**



March 01, 2008 through March 31, 2008
Account Number: 

## CHECKS PAID *(continued)*



| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 4332 | 03/18 | 181.03 | 4340 | 03/17 | 312.50 |
| 4333 | 03/17 | 48.00 | 4341 | 03/14 | 836.16 |
| 4334 | 03/19 | 111.00 | 4342 | 03/17 | 4,378.68 |
| 4335 | 03/18 | 58.00 | 4343 | 03/28 | 420.61 |
| 4336 | 03/17 | 259.06 | 4344 | 03/28 | 197.37 |
| 4337 | 03/14 | 145.84 | 4345 | 03/27 | 42.90 |
| 4338 | 03/18 | 52.15 | 4346 | 03/31 | 640.42 |
| 4339 | 03/17 | 115.17 | 4347 | 03/27 | 217.00 |
| | | | **Total Checks Paid** | | **$12,532.78** |

\* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 03/13 | Auto-Owners | Ins. Prem | PPD ID: 1380315280 | $517.55 |
| **Total Electronic Withdrawals** | | | | **$517.55** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/31 | Cash Deposit Immediate | $1.69 |
| 03/31 | Service Fee | 8.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$9.69** |

You can waive your monthly service fee by maintaining an average checking balance of $3,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 03/03 | $3,979.95 | 03/18 | 153.05 |
| 03/04 | 2,908.78 | 03/19 | 42.05 |
| 03/05 | 1,981.18 | 03/24 | 2,242.05 |
| 03/07 | 409.24 | 03/26 | 3,242.05 |
| 03/12 | 2,609.24 | 03/27 | 2,982.15 |
| 03/13 | 2,091.69 | 03/28 | 2,364.17 |
| 03/14 | 5,782.69 | 03/31 | 1,714.06 |
| 03/17 | 460.38 | | |



March 01, 2008 through March 31, 2008
Account Number:

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 33 |
| Deposits / Credits | 5 |
| Deposited Items | 8 |
| **Transaction Total** | **46** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$8.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$8.00** |



March 01, 2008 through March 31, 2008
Account Number: ███████████████

TAKE ADVANTAGE OF THE SPRING HOME LOAN SALE. GET THE LOWEST
HOME EQUITY RATES IN YEARS. SPEAK WITH A BANKER OR CALL
(800) 800-LOAN. ALL LOANS SUBJECT TO
CREDIT AND PROPERTY APPROVAL. OTHER RESTRICTIONS AND LIMITATIONS
APPLY. NOT ALL PRODUCTS AVAILABLE IN ALL STATES FOR ALL AMOUNTS.





March 01, 2008 through March 31, 2008
Account Number:

This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

April 01, 2008 through April 30, 2008

Account Number: ~~0000062505230~~

lı|ıl|ılıılıl|ıılı|ıl|ılıı|ıl|ılıılıı|ıl|ılıılıl|ıılı

00001539 DRE 001 1A  12208 - YYY  1  000000018  60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



We've reorganized your Chase Statement to make it more
**Simplified, Organized and Informative.**

See the enclosed insert to get a quick look at the
improvements to your Chase statement.

## CHECKING SUMMARY  Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,714.06** |
| Deposits and Additions | 2 | 8,774.31 |
| Checks Paid | 18 | - 9,638.80 |
| Other Withdrawals, Fees & Charges | 2 | - 525.56 |
| **Ending Balance** | **22** | **$324.01** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/15 | Deposit | $5,074.31 |
| 04/15 | Deposit | 3,700.00 |
| **Total Deposits and Additions** | | **$8,774.31** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4348 ^ | | 04/15 | $924.00 |
| 4349 ^ | | 04/18 | 67.58 |
| 4350 ^ | | 04/17 | 26.75 |
| 4351 ^ | | 04/21 | 420.61 |
| 4352 ^ | | 04/18 | 57.85 |
| 4353 ^ | | 04/21 | 52.15 |
| 4354 ^ | | 04/21 | 309.34 |
| 4355 ^ | | 04/18 | 697.57 |
| 4356 ^ | | 04/18 | 193.94 |



April 01, 2008 through April 30, 2008

Account Number: ▓▓▓▓▓▓▓▓▓▓▓▓▓

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:

**Step 1 Balance:** $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.

**Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total.  **This should match your Checkbook Balance:** $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**



April 01, 2008 through April 30, 2008
Account Number: 

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4357 ^ | | 04/18 | 125.00 |
| 4358 ^ | | 04/21 | 218.00 |
| 4359 ^ | | 04/18 | 111.34 |
| 4360 ^ | | 04/17 | 126.00 |
| 4361 ^ | | 04/17 | 473.83 |
| 4362 ^ | | 04/17 | 330.00 |
| 4363 ^ | | 04/17 | 300.00 |
| 4364 ^ | | 04/15 | 836.16 |
| 4365 ^ | | 04/16 | 4,368.68 |
| **Total Checks Paid** | | | **$9,638.80** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 04/15 | Auto-Owners | Ins. Prem | PPD ID: 1380315280 | $517.56 |
| 04/30 | Service Fee | | | 8.00 |
| **Total Other Withdrawals, Fees & Charges** | | | | **$525.56** |

You can waive your monthly service fee by maintaining an average checking balance of $3,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/15 | $8,210.65 |
| 04/16 | 3,841.97 |
| 04/17 | 2,585.39 |
| 04/18 | 1,332.11 |
| 04/21 | 332.01 |
| 04/30 | 324.01 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 19 |
| Deposits / Credits | 2 |
| Deposited Items | 9 |
| **Transaction Total** | **30** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$8.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |



April 01, 2008 through April 30, 2008
Account Number:

## SERVICE CHARGE SUMMARY (continued)

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| **Total Service Fees** | **$8.00** |



April 01, 2008 through April 30, 2008
Account Number:

TAKE ADVANTAGE OF THE SPRING HOME LOAN SALE. SPECIAL MORTGAGE
DISCOUNTS EXCLUSIVELY FOR CHASE CUSTOMERS.
SPEAK WITH A BANKER TODAY. ALL LOANS SUBJECT TO
CREDIT AND PROPERTY APPROVAL. OTHER RESTRICTIONS AND LIMITATIONS
APPLY. NOT ALL PRODUCTS AVAILABLE IN ALL STATES FOR ALL AMOUNTS.



CHASE 

April 01, 2008 through April 30, 2008

Account Number:

This Page Intentionally Left Blank



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

May 01, 2008 through May 30, 2008
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001581 DRE 001 1A 15208 - YYN  1 000000021 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



## Changes to your Account Rules and Regulations

Effective July 1, 2008, we are amending your Account Rules and Regulations and changing the fees listed below. If you have questions or need additional information, please call us at 1-800-CHASE38 (1-800-242-7338).

Wire Transfers - Domestic Outgoing will be $25.00 per item
Wire Transfers - Foreign Outgoing will be $45.00 per item
Wire Transfers - Foreign Incoming will be $15.00 per item

Deposited/Cashed Item Returned will be $10.00 per item
Stop Payment will be $32.00 per item
Overdraft Protection Transfer will be $10.00 per transfer
Legal Process will be $75.00 maximum per order

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$324.01** |
| Deposits and Additions | 5 | 69,508.00 |
| Checks Paid | 21 | - 24,045.29 |
| Other Withdrawals, Fees & Charges | 2 | - 517.70 |
| **Ending Balance** | **28** | **$45,269.02** |

Your monthly service fee was waived because you maintained an average checking balance of  $3,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/05 | Deposit | | $150.00 |
| 05/12 | Deposit | | 3,500.00 |
| 05/15 | Deposit | | 4,658.00 |
| 05/15 | Deposit | | 1,200.00 |
| 05/21 | Deposit | 330056449 | 60,000.00 |
| **Total Deposits and Additions** | | | **$69,508.00** |



May 01, 2008 through May 30, 2008
Account Number:

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  **Step 1 Balance:  $_____**

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | | Date | Amount | | Date | Amount |
|------|--------|---|------|--------|---|------|--------|
| | | | | | | | |
| | | | | | | | |

**Step 2 Total:  $_____**

3. Add Step 2 Total to Step 1 Balance.  **Step 3 Total:  $_____**

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | | Check Number or Date | Amount |
|----------------------|--------|---|----------------------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Step 4 Total:  -$_____**

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$_____**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
· Your name and account number
· The dollar amount of the suspected error
· A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC



May 01, 2008 through May 30, 2008
Account Number: ████████████████

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4366 ^ | | 05/09 | $420.61 |
| 4367 ^ | | 05/15 | 49.25 |
| 4368 ^ | | 05/14 | 16.15 |
| 4369 ^ | | 05/16 | 372.83 |
| 4370 ^ | | 05/15 | 77.20 |
| 4371 ^ | | 05/15 | 92.25 |
| 4372 ^ | | 05/15 | 41.03 |
| 4373 ^ | | 05/15 | 123.89 |
| 4374 ^ | | 05/16 | 224.57 |
| 4375 ^ | | 05/14 | 303.75 |
| 4376 ^ | | 05/14 | 300.00 |
| 4377 ^ | | 05/14 | 432.85 |
| 4378 ^ | | 05/15 | 20.52 |
| 4379 ^ | | 05/15 | 30.00 |
| 4380 ^ | | 05/14 | 125.00 |
| 4381 ^ | | 05/14 | 234.25 |
| 4382 ^ | | 05/13 | 1,000.00 |
| 4383 ^ | | 05/15 | 836.16 |
| 4384 ^ | | 05/16 | 4,344.98 |
| 4385 ^ | | 05/23 | 7,000.00 |
| 4386 ^ | | 05/23 | 8,000.00 |
| **Total Checks Paid** | | | **$24,045.29** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/13 | Auto-Owners    Ins. Prem | PPD ID: 1380315280 | $517.57 |
| 05/30 | Cash Deposit Immediate | | 0.13 |
| **Total Other Withdrawals, Fees & Charges** | | | **$517.70** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/05 | $474.01 |
| 05/09 | 53.40 |
| 05/12 | 3,553.40 |
| 05/13 | 2,035.83 |
| 05/14 | 623.83 |
| 05/15 | 5,211.53 |
| 05/16 | 269.15 |
| 05/21 | 60,269.15 |
| 05/23 | 45,269.15 |
| 05/30 | 45,269.02 |





May 01, 2008 through May 30, 2008
Account Number:

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 22 |
| Deposits / Credits | 5 |
| Deposited Items | 9 |
| **Transaction Total** | **36** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $8.00 |
| Service Fee Credit | -$8.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |


**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

May 31, 2008 through June 30, 2008
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001626 DRE 001 1A  18308 - YNN  1  000000021  60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



**Your business can get Chase Exclusives offers and discounts.**
**To learn more, talk to a Banker or go to www.chase.com/exclusivesforbusiness.**

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$45,269.02** |
| Deposits and Additions | 7 | 7,702.40 |
| Checks Paid | 21 | - 27,259.69 |
| Other Withdrawals, Fees & Charges | 29 | - 24,889.60 |
| **Ending Balance** | **57** | **$822.13** |

Your monthly service fee was waived because you maintained an average checking balance of  $3,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/03 | Bill Pay Choice  Acct Cnfrm | PPD ID: 9500000000 | $0.28 |
| 06/03 | Bill Pay Choice  Acct Cnfrm | PPD ID: 9500000000 | 0.07 |
| 06/12 | Deposit    312686138 | | 400.00 |
| 06/13 | Deposit | | 5,837.20 |
| 06/16 | Deposit    354049693 | | 150.00 |
| 06/19 | Deposit | | 115.00 |
| 06/26 | Deposit | | 1,199.85 |
| **Total Deposits and Additions** | | | **$7,702.40** |



May 31, 2008 through June 30, 2008
Account Number: 000000625052407

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:

Step 1 Balance:   $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:    $_____

3. Add Step 2 Total to Step 1 Balance.

Step 3 Total:    $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING
LENDER          JPMorgan Chase Bank, N.A. Member FDIC



May 31, 2008 through June 30, 2008
Account Number: 000000625052402

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4387 ^ | | 06/02 | $128.81 |
| 4388 ^ | | 06/02 | 177.95 |
| 4389 ^ | | 06/03 | 52.15 |
| 4390 ^ | | 06/05 | 465.00 |
| 4391 ^ | | 06/02 | 202.64 |
| 4392 ^ | | 06/02 | 500.00 |
| 4393 ^ | | 06/03 | 500.00 |
| 4394 ^ | | 06/03 | 200.00 |
| 4395 ^ | | 06/04 | 6,943.02 |
| 4396 ^ | | 06/09 | 1,460.85 |
| 4397 ^ | | 06/04 | 3,415.24 |
| 4398 ^ | | 06/04 | 2,267.20 |
| 4399 ^ | | 06/04 | 2,149.15 |
| 4400 ^ | | 06/03 | 1,950.00 |
| 4401 ^ | | 06/09 | 968.16 |
| 4402 ^ | | 06/09 | 523.64 |
| 4403 ^ | | 06/13 | 836.16 |
| 4404 ^ | | 06/16 | 4,421.14 |
| 4405 ^ | | 06/19 | 19.54 |
| 4406 ^ | | 06/20 | 31.04 |
| 4407 ^ | | 06/23 | 48.00 |
| **Total Checks Paid** | | | **$27,259.69** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02 | Chase       Epay     543509786     Tel ID: 5760039224 | $7,663.27 |
| 06/02 | Lowes Cc     Lowtelpay 74708332 N    Tel ID: 9069872103 | 6,002.76 |
| 06/02 | Fia Cardservices Paybyphone        PPD ID: 3001190310 | 3,788.91 |
| 06/02 | Bk of Am Crd ACH Paybyphone          PPD ID: 3001190310 | 2,451.55 |
| 06/02 | Chase       Epay     542727616     Tel ID: 5760039224 | 2,389.33 |
| 06/03 | Gecorporatecard Payment    999273806     Tel ID: 1323403727 | 1,221.89 |
| 06/03 | Bill Pay Choice Acct Cnfrm        PPD ID: 9500000000 | 0.35 |
| 06/10 | Insufficient Funds Fee | 35.00 |
| 06/13 | Auto-Owners    Ins. Prem        PPD ID: 1380315280 | 517.57 |
| 06/16 | Online Payment 402054728 To American Electric Power | 86.86 |
| 06/16 | Online Payment 402054732 To American Water Heater Rentals | 18.14 |
| 06/16 | Online Payment 402054730 To American Water Heater Rentals | 15.87 |
| 06/18 | Online Payment 402849803 To South Point Utilities | 40.16 |
| 06/18 | Online Payment 402848831 To South Point Utilities | 40.16 |
| 06/18 | Online Payment 402849804 To South Point Utilities | 40.16 |
| 06/18 | Online Payment 402848832 To South Point Utilities | 40.16 |



May 31, 2008 through June 30, 2008
Account Number:

## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/18 | Online Payment 402848833 To South Point Utilities | 21.18 |
| 06/18 | Fia Cardservices Paybyphone          PPD ID: 3001190310 | 16.05 |
| 06/19 | Online Payment 403037953 To City of Ironton | 52.76 |
| 06/19 | Online Payment 403037956 To Hecla Water Association Inc. | 25.90 |
| 06/19 | Online Payment 403037958 To Scioto Water Inc. | 24.75 |
| 06/19 | Online Payment 403037954 To American Electric Power | 7.04 |
| 06/19 | Online Payment 403037955 To American Electric Power | 3.91 |
| 06/30 | Online Payment 406145590 To N Telos | 222.03 |
| 06/30 | Online Payment 406146076 To Valley of Cincinnati | 60.00 |
| 06/30 | Online Payment 406145588 To City of Ironton | 58.20 |
| 06/30 | Online Payment 406145586 To City of Ironton | 30.40 |
| 06/30 | Online Payment 406145585 To American Electric Power | 7.70 |
| 06/30 | Bank of America  Qrmt Pymt  Barry          CCD ID: 3001190310 | 7.54 |
| | **Total Other Withdrawals, Fees & Charges** | **$24,889.60** |

A Overdraft fee was charged on 06/10 due to insufficient funds in your account.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 06/02 | $21,963.80 | 06/16 | 303.96 |
| 06/03 | 18,039.76 | 06/18 | 106.09 |
| 06/04 | 3,265.15 | 06/19 | 87.19 |
| 06/05 | 2,800.15 | 06/20 | 56.15 |
| 06/09 | -152.50 | 06/23 | 8.15 |
| 06/10 | -187.50 | 06/26 | 1,208.00 |
| 06/12 | 212.50 | 06/30 | 822.13 |
| 06/13 | 4,695.97 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 31 |
| Deposits / Credits | 7 |
| Deposited Items | 8 |
| **Transaction Total** | **46** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $8.00 |
| Service Fee Credit | -$8.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



May 31, 2008 through June 30, 2008
Account Number: ████████████████

STARTING 9/1/08 THE MONTHLY AVERAGE LEDGER BALANCE TO KEEP IN
YOUR CHASE BUSINESSCLASSIC(SM) CHECKING ACCOUNT TO AVOID A
MONTHLY SERVICE FEE WILL BE $4,000. CALL US AT 1-800-CHASE38
(1-800-242-7338) WITH QUESTIONS OR IF YOU NEED MORE INFORMATION.





May 31, 2008 through June 30, 2008

Account Number: █████████████

This Page Intentionally Left Blank



CHASE

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

July 01, 2008 through July 31, 2008
Account Number: 000000625052402

00001572 DRE 001 011 21408 - NNNNN  1 000000006 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$822.13** |
| Deposits and Additions | 3 | 6,378.18 |
| Checks Paid | 6 | - 5,942.63 |
| Other Withdrawals, Fees & Charges | 16 | - 1,127.66 |
| **Ending Balance** | **25** | **$130.02** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/14 | Deposit | $5,498.64 |
| 07/21 | Deposit | 860.00 |
| 07/22 | Credit Return: Online Payment 408819149 To Scioto County Sanitary Engineeri | 19.54 |
| **Total Deposits and Additions** | | **$6,378.18** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4408 ^ | | 07/02 | $25.60 |
| 4409 ^ | | 07/14 | 836.16 |
| 4410 ^ | | 07/15 | 4,450.15 |
| 4411 ^ | | 07/30 | 64.00 |
| 4412 ^ | | 07/28 | 150.00 |
| 4413 ^ | | 07/25 | 416.72 |
| **Total Checks Paid** | | | **$5,942.63** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

 CHASE

July 01, 2008 through July 31, 2008
Account Number: ███████████████

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                 Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date      Amount | Date      Amount | Date      Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

                                                                       Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                                 Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date      Amount | Check Number or Date      Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | |

                                                                       Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 EQUAL HOUSING LENDER   JPMorgan Chase Bank, N.A. Member FDIC

 CHASE

July 01, 2008 through July 31, 2008
Account Number: ▓▓▓▓▓▓▓▓▓▓▓

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/01 | Online Payment 407480651 To South Point Utilities | $36.50 |
| 07/01 | Online Payment 407480650 To South Point Utilities | 36.50 |
| 07/01 | Online Payment 407480648 To Scioto Water Inc. | 25.00 |
| 07/01 | Online Payment 407480653 To South Point Utilities | 19.25 |
| 07/02 | Online Payment 407812801 To City of Ironton | 103.82 |
| 07/02 | Online Payment 407812803 To American Electric Power | 3.91 |
| 07/07 | Online Payment 408673806 To AT&T | 263.37 |
| 07/07 | Online Payment 408819148 To Hamilton & Son Plumbing & Heatin | 54.90 |
| 07/07 | Online Payment 408819149 To Scioto County Sanitary Engineeri | 19.54 |
| 07/11 | Online Payment 410579508 To American Water Heater Rentals | 18.14 |
| 07/11 | Online Payment 410579507 To American Water Heater Rentals | 15.87 |
| 07/15 | Auto-Owners    Ins. Prem         PPD ID: 1380315280 | 376.18 |
| 07/22 | Online Payment 414598329 To American Electric Power | 97.79 |
| 07/25 | Online Payment 415651368 To Hamilton & Son Plumbing & Heatin | 42.00 |
| 07/31 | Online Payment 417632133 To American Electric Power | 6.89 |
| 07/31 | Service Fee | 8.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$1,127.66** |

You can waive your monthly service fee by maintaining an average checking balance of $3,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 07/01 | $704.88 | 07/21 | 895.88 |
| 07/02 | 571.55 | 07/22 | 817.63 |
| 07/07 | 233.74 | 07/25 | 358.91 |
| 07/11 | 199.73 | 07/28 | 208.91 |
| 07/14 | 4,862.21 | 07/30 | 144.91 |
| 07/15 | 35.88 | 07/31 | 130.02 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 2 |
| Deposited Items | 7 |
| **Transaction Total** | **16** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $8.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$8.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$8.00** |





July 01, 2008 through July 31, 2008
Account Number:

This Page Intentionally Left Blank



**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

August 01, 2008 through August 29, 2008
Account Number: ▓▓▓▓▓▓▓▓

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001583 DRE 001 011 24308 - NYNNN  1 000000003 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$130.02** |
| Deposits and Additions | 4 | 8,146.62 |
| Checks Paid | 3 | - 5,424.14 |
| Other Withdrawals, Fees & Charges | 18 | - 1,726.61 |
| **Ending Balance** | **25** | **$1,125.89** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/13 | Deposit | $1,375.00 |
| 08/15 | Deposit | 6,616.00 |
| 08/25 | Credit Return: Online Payment 422509186 To Scioto County Sanitary Engineeri | 39.08 |
| 08/28 | Auto-Owners    Ins. Prem    PPD ID: 1380315280 | 116.54 |
| **Total Deposits and Additions** | | **$8,146.62** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4415  ^ | | 08/01 | $135.00 |
| 4416  ^ | | 08/15 | 836.16 |
| 4417  ^ | | 08/18 | 4,452.98 |
| **Total Checks Paid** | | | **$5,424.14** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

 **CHASE**

August 01, 2008 through August 29, 2008

Account Number: ████████████████

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                    Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                                        Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                                   Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                        Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:    $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC



August 01, 2008 through August 29, 2008
Account Number: 000000625052240X



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/04 | Insufficient Funds Fee | $35.00 |
| 08/08 | Extended Overdraft Fee | 25.00 |
| 08/14 | Online Payment 422515932 To American Electric Power | 404.92 |
| 08/14 | Online Payment 422515424 To AT&T | 215.13 |
| 08/14 | Online Payment 422515599 To N Telos | 206.23 |
| 08/14 | Online Payment 422514510 To American Electric Power | 154.73 |
| 08/14 | Online Payment 422549730 To Fed Ex | 66.17 |
| 08/14 | Online Payment 422509186 To Scioto County Sanitary Engineeri | 39.08 |
| 08/14 | Online Payment 422508251 To South Point Utilities | 36.50 |
| 08/14 | Online Payment 422508831 To South Point Utilities | 36.50 |
| 08/14 | Online Payment 422515233 To Scioto Water Inc. | 25.00 |
| 08/14 | Online Payment 422508557 To South Point Utilities | 19.25 |
| 08/14 | Online Payment 422512487 To American Water Heater Rentals | 18.14 |
| 08/14 | Online Payment 422512232 To American Water Heater Rentals | 15.87 |
| 08/14 | Online Payment 422514132 To American Electric Power | 3.91 |
| 08/21 | Online Payment 425071988 To Countrywide Home Loan | 416.72 |
| 08/29 | Cash Deposit Immediate | 0.46 |
| 08/29 | Service Fee | 8.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$1,726.61** |

A Overdraft fee was charged on 08/04 due to insufficient funds in your account.

You can waive your monthly service fee by maintaining an average checking balance of $3,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 08/01 | -$4.98 | 08/18 | 1,395.45 |
| 08/04 | -39.98 | 08/21 | 978.73 |
| 08/08 | -64.98 | 08/25 | 1,017.81 |
| 08/13 | 1,310.02 | 08/28 | 1,134.35 |
| 08/14 | 68.59 | 08/29 | 1,125.89 |
| 08/15 | 5,848.43 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 3 |
| Deposited Items | 6 |
| **Transaction Total** | **12** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $8.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$8.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |



August 01, 2008 through August 29, 2008
Account Number:

## SERVICE CHARGE SUMMARY   *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Total Service Fees | $8.00 |


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

August 30, 2008 through September 30, 2008
Account Number: 

00001638 DRE 001 011 27508 - NNNYN  1  000000002  60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,125.89** |
| Deposits and Additions | 1 | 5,775.00 |
| Checks Paid | 2 | - 5,254.80 |
| Other Withdrawals, Fees & Charges | 4 | - 1,367.00 |
| **Ending Balance** | **7** | **$279.09** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/15 | Deposit | $5,775.00 |
| **Total Deposits and Additions** | | **$5,775.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4418  ^ | | 09/15 | $836.16 |
| 4419  ^ | | 09/16 | 4,418.64 |
| **Total Checks Paid** | | | **$5,254.80** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.


CHASE

August 30, 2008 through September 30, 2008
Account Number:

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**          **Step 1 Balance:  $_____**

2. **List and total all deposits & additions  not shown on this statement:**

| Date          Amount | Date          Amount | Date          Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

                                                                    **Step 2 Total:    $_____**

3. **Add Step 2 Total to Step 1 Balance.**                          **Step 3 Total:    $_____**

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date          Amount | Check Number or Date          Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

                                                                    **Step 4 Total:   -$_____**

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**    **$_____**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.


EQUAL HOUSING
LENDER    JPMorgan Chase Bank, N.A. Member FDIC



August 30, 2008 through September 30, 2008
Account Number:

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/08 | Online Payment 430791003 To American Electric Power | $429.98 |
| 09/08 | Online Payment 430791000 To American Electric Power | 102.40 |
| 09/29 | Online Payment 438554134 To Countrywide Home Loan | 820.62 |
| 09/30 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$1,367.00** |

You can waive your monthly service fee by maintaining an average checking balance of $4,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 09/08 | $593.51 |
| 09/15 | 5,532.35 |
| 09/16 | 1,113.71 |
| 09/29 | 293.09 |
| 09/30 | 279.09 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 1 |
| Deposited Items | 6 |
| **Transaction Total** | **9** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |

