

August 30, 2008 through September 30, 2008
Account Number:

NOW AMERICA'S #1 BANK - CHASE IS PROUD TO ANNOUNCE THAT
WASHINGTON MUTUAL BRANCHES BECAME PART OF JPMORGAN CHASE BANK,
N.A., ON SEPTEMBER 25, 2008. OUR COMBINED COMPANY IS AMERICA'S #1
BANK IN DEPOSITS. FOR YOU, IT WILL MEAN EVEN MORE CONVENIENCE:
OVER 5,400 BRANCHES AND 14,300 ATMS FROM COAST TO COAST.

MORE FREE ATMS COMING SOON!
COMING SOON, YOU'LL BE ABLE TO CHECK BALANCES AND GET CASH AT ANY
WAMU OR CHASE ATM NATIONWIDE - ALL WITHOUT AN ATM FEE.
WATCH YOUR UPCOMING STATEMENTS FOR MORE DETAILS.

FOR NOW, BANK AS USUAL - SIMPLY CONTINUE TO USE YOUR ACCOUNTS,
CHASE BRANCHES, TELEPHONE AND ONLINE BANKING AS YOU DO TODAY.
UNTIL WE COMBINE SYSTEMS, WAMU BRANCHES WILL NOT BE ABLE TO OFFER
BANKING SERVICES FOR CHASE ACCOUNTS. WE'LL LET YOU KNOW AS
ADDITIONAL SERVICES AND LOCATIONS BECOME AVAILABLE TO YOU.

WE'LL HONOR YOUR PREVIOUSLY STATED PRIVACY PREFERENCES IN THE
SHARING OF INFORMATION THROUGHOUT OUR COMBINED COMPANIES - WHICH
NOW INCLUDES THE COMPANIES AFFILIATED WITH BOTH WAMU AND CHASE.

WHILE IT IS ALWAYS OUR INTENT TO PROCESS YOUR CHECKS AND OTHER
ITEMS AS QUICKLY AS POSSIBLE, WE WANT YOU TO BE AWARE THAT IN
MOST CASES, WE WILL TREAT WASHINGTON MUTUAL CHECKS AS IF THEY
ARE FROM A SEPARATE BANK FOR PURPOSES OF FUNDS AVAILABILITY
AND CASHING CHECKS UNTIL WE MERGE OUR SYSTEMS.

UNTIL THAT TIME, IF CHECKS THAT YOU WRITE ARE PRESENTED FOR
PAYMENT TO A WASHINGTON MUTUAL BRANCH, THE CHECK MAY BE TREATED
AS THOUGH IT WAS WRITTEN ON ANOTHER BANK.



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

October 01, 2008 through October 31, 2008

Account Number:

00001589 DRE 001 011 30608 - NYNNN  1  000000002 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
| --- | --- | --- |
| **Beginning Balance** | | **$279.09** |
| Deposits and Additions | 4 | 7,772.64 |
| Checks Paid | 2 | - 5,247.00 |
| Other Withdrawals, Fees & Charges | 20 | - 2,549.67 |
| **Ending Balance** | **26** | **$255.06** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 10/02 | Deposit | $2,100.00 |
| 10/09 | Deposit | 200.00 |
| 10/14 | Credit Return: Online Payment 440095631 To Scioto County Sanitary Engineeri | 66.64 |
| 10/15 | Deposit | 5,406.00 |
| **Total Deposits and Additions** | | **$7,772.64** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
| --- | --- | --- | --- |
| 4420  ^ | | 10/16 | $4,410.84 |
| 4421  ^ | | 10/15 | 836.16 |
| **Total Checks Paid** | | | **$5,247.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

 CHASE

October 01, 2008 through October 31, 2008

Account Number: ■■■■■■■■■■■■■

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING LENDER    JPMorgan Chase Bank, N.A. Member FDIC



October 01, 2008 through October 31, 2008

Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Online Payment 439553790 To AT&T | $266.10 |
| 10/02 | Online Payment 440097942 To American Electric Power | 881.40 |
| 10/02 | Online Payment 440097460 To American Electric Power | 223.29 |
| 10/02 | Online Payment 440081072 To Fed Ex | 206.94 |
| 10/02 | Online Payment 440098722 To Hamilton & Son Plumbing & Heatin | 155.60 |
| 10/02 | Online Payment 440098144 To American Electric Power | 119.73 |
| 10/02 | Online Payment 440096690 To City of Ironton | 95.78 |
| 10/02 | Online Payment 440098993 To Hamilton & Son Plumbing & Heatin | 90.00 |
| 10/02 | Online Payment 440095631 To Scioto County Sanitary Engineeri | 66.64 |
| 10/02 | Online Payment 440096001 To Scioto Water Inc. | 55.50 |
| 10/02 | Online Payment 440098863 To Hamilton & Son Plumbing & Heatin | 48.00 |
| 10/02 | Online Payment 440099976 To AT&T | 37.03 |
| 10/02 | Online Payment 440100468 To American Water Heater Rentals | 18.14 |
| 10/02 | Online Payment 440100240 To American Water Heater Rentals | 15.87 |
| 10/02 | Online Payment 440098482 To American Electric Power | 12.98 |
| 10/02 | Online Payment 440097693 To American Electric Power | 3.91 |
| 10/14 | Online Payment 443628164 To America's Water Heater Rentals | 74.06 |
| 10/15 | Nebs         Bus Prod   99283697292001  CCD ID: 5410216800 | 163.72 |
| 10/31 | Cash Deposit Immediate | 0.98 |
| 10/31 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$2,549.67** |

You can waive your monthly service fee by maintaining an average checking balance of $4,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/01 | $12.99 |
| 10/02 | 82.18 |
| 10/09 | 282.18 |
| 10/14 | 274.76 |
| 10/15 | 4,680.88 |
| 10/16 | 270.04 |
| 10/31 | 255.06 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 3 |
| Deposited Items | 5 |
| **Transaction Total** | **11** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |





October 01, 2008 through October 31, 2008
Account Number:

---

## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Total Service Fees | $14.00 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

November 01, 2008 through November 28, 2008

Account Number: ▓▓▓▓▓▓▓▓▓▓▓▓

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00014207 DRE 001 011 33408 - YNYNN  1 000000002 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



## Free Access To Over 14,000 ATMs

Now you can check balances and get cash at any
WaMu or Chase ATM nationwide without an ATM fee.

## Chase Gift Cards
### The perfect gift

- Available in any amount from **$25 to $500**
- Convenient and secure
- Accepted at millions of locations worldwide
- The perfect choice for any occasion

Order online at **www.Chase.com/GiftCardOrder**
or stop by a Chase branch today!

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$255.06** |
| Deposits and Additions | 4 | 7,819.00 |
| Checks Paid | 2 | - 4,598.44 |
| Other Withdrawals, Fees & Charges | 30 | - 3,235.72 |
| **Ending Balance** | **36** | **$239.90** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | Deposit | $2,100.00 |
| 11/14 | Deposit | 4,769.00 |
| 11/14 | Deposit | 500.00 |
| 11/26 | Deposit | 450.00 |
| **Total Deposits and Additions** | | **$7,819.00** |

 CHASE

November 01, 2008 through November 28, 2008
Account Number: ▓▓▓▓▓▓▓25052402▓

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**     Step 1 Balance:  $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                                    Step 2 Total:  $_____

3. **Add Step 2 Total to Step 1 Balance.**                    Step 3 Total:  $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                    Step 4 Total:  -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**     $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  EQUAL HOUSING LENDER      JPMorgan Chase Bank, N.A. Member FDIC



November 01, 2008 through November 28, 2008
Account Number: 

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4422  ^ | | 11/14 | $836.16 |
| 4423  ^ | | 11/17 | 3,762.28 |
| **Total Checks Paid** | | | **$4,598.44** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | Online Payment 453511449 To AT&T | $502.39 |
| 11/07 | Online Payment 453511985 To Countrywide Home Loan | 403.90 |
| 11/07 | Online Payment 453513554 To Dependable | 342.30 |
| 11/07 | Online Payment 453512312 To N Telos | 212.59 |
| 11/07 | Online Payment 453513840 To Scioto Water Inc. | 110.24 |
| 11/07 | Online Payment 453511217 To Hamilton & Son Plumbing & Heatin | 97.95 |
| 11/07 | Online Payment 453515143 To Fed Ex | 76.57 |
| 11/07 | Online Payment 453510914 To Hamilton & Son Plumbing & Heatin | 73.90 |
| 11/07 | Online Payment 453515444 To Fed Ex | 46.71 |
| 11/07 | Online Payment 453514333 To American Electric Power | 44.06 |
| 11/07 | Online Payment 453514054 To Scioto Water Inc. | 25.00 |
| 11/07 | Online Payment 453515858 To Fed Ex | 21.72 |
| 11/07 | Online Payment 453515666 To Fed Ex | 12.18 |
| 11/07 | Online Payment 453514859 To American Electric Power | 7.82 |
| 11/07 | Online Payment 453514599 To American Electric Power | 7.12 |
| 11/14 | Online Payment 455901851 To American Electric Power | 294.17 |
| 11/14 | Online Payment 455899495 To Hamilton & Son Plumbing & Heatin | 67.95 |
| 11/14 | Online Payment 455900841 To American Water Heater Rentals | 37.78 |
| 11/14 | Online Payment 455901272 To American Water Heater Rentals | 33.18 |
| 11/14 | Online Payment 455898780 To American Electric Power | 22.83 |
| 11/14 | Online Payment 455901502 To Fed Ex | 21.72 |
| 11/26 | Online Payment 460295954 To Countrywide Home Loan | 403.90 |
| 11/26 | Online Payment 460295011 To Hecla Water Association Inc. | 35.00 |
| 11/26 | Online Payment 460294241 To American Electric Power | 7.79 |
| 11/26 | Online Payment 460295672 To Columbia Gas of Ohio | 5.90 |
| 11/28 | Online Payment 460800668 To N Telos | 210.01 |
| 11/28 | Online Payment 460575745 To American Electric Power | 92.04 |
| 11/28 | Online Payment 460858672 To American Electric Power | 3.91 |
| 11/28 | Cash Deposit Immediate | 1.09 |
| 11/28 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$3,235.72** |

You can waive your monthly service fee by maintaining an average checking balance of $4,000 or more during the statement period.



November 01, 2008 through November 28, 2008

Account Number:

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 11/07 | $370.61 |
| 11/14 | 4,325.82 |
| 11/17 | 563.54 |
| 11/26 | 560.95 |
| 11/28 | 239.90 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 2 |
| Deposits / Credits | 4 |
| Deposited Items | 5 |
| Transaction Total | 11 |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $14.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $14.00 |



November 01, 2008 through November 28, 2008
Account Number: 000000625052402

## STOP PAYMENT RENEWAL NOTICE



**ACCOUNT NUMBER**
000000625052402

**BANK NUMBER**
001

The following Stop Payments will automatically renew for a 1-year period.  You may revoke a Stop prior to the renewal date by simply returning a signed copy of this form with an 'X' placed next to each item you may wish to revoke.  The revoking of stop payments will be effective on the renewal date listed on your statement.  To immediately remove a current stop payment, please contact your Customer Service Representative.  Please allow 10 - 15 days for mail and processing times.  Please ensure that an authorized signature is placed in the space provided and mailed to the return address listed at the bottom of the page.  Any stops that are revoked will expire on the renewal date.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000001-01 | 02/24/06 | 02/24/09 | 3830 | $2,259.48 |

AUTHORIZED SIGNATURE: _____     DATE: _____

Tri State Realty & Rentals
Inc
111 Fairview Ave
S Point OH 45680-9670

JPMorgan Chase Bank, N.A.
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge  LA 708260180



November 01, 2008 through November 28, 2008
Account Number:

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

November 29, 2008 through December 31, 2008
Account Number: 000000582505240

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001680 DRE 001 011 00109 - NYNNN  1  000000002 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $239.90 |
| Deposits and Additions | 2 | 7,551.00 |
| Checks Paid | 2 | - 5,098.44 |
| Other Withdrawals, Fees & Charges | 24 | - 2,397.33 |
| Ending Balance | 28 | $295.13 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | Deposit | $1,400.00 |
| 12/15 | Deposit | 6,151.00 |
| **Total Deposits and Additions** | | **$7,551.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4424 ^ | | 12/15 | $836.16 |
| 4425 ^ | | 12/16 | 4,262.28 |
| **Total Checks Paid** | | | **$5,098.44** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

 CHASE

November 29, 2008 through December 31, 2008
Account Number: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     **Step 1 Balance:  $**_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                     **Step 2 Total:   $**_____

3. Add Step 2 Total to Step 1 Balance.               **Step 3 Total:   $**_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
   not shown on this statement:

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                     **Step 4 Total:   -$**_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING
LENDER      JPMorgan Chase Bank, N.A. Member FDIC

# CHASE ◆

November 29, 2008 through December 31, 2008

Account Number: 

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/01 | Online Payment 461286977 To Fed Ex | $18.74 |
| 12/03 | Online Payment 463191145 To South Point Utilities | 36.50 |
| 12/03 | Online Payment 463191142 To South Point Utilities | 36.50 |
| 12/03 | Online Payment 463191147 To South Point Utilities | 19.25 |
| 12/10 | Online Payment 465625574 To Fed Ex | 46.52 |
| 12/10 | Online Payment 465619707 To America's Water Heater Rentals | 18.14 |
| 12/10 | Online Payment 465619706 To American Water Heater Rentals | 17.39 |
| 12/10 | Online Payment 465619705 To American Water Heater Rentals | 15.15 |
| 12/11 | Online Payment 465906911 To Countrywide Home Loan | 403.90 |
| 12/11 | Online Payment 465906849 To AT&T | 231.20 |
| 12/11 | Online Payment 465906736 To Scioto County Sanitary Engineeri | 138.85 |
| 12/11 | Online Payment 465906634 To Hamilton & Son Plumbing & Heatin | 48.00 |
| 12/17 | Auto-Owners   Ins. Prem        PPD ID: 1380315280 | 491.79 |
| 12/17 | Online Payment 468457960 To Department of Public Utilities | 12.02 |
| 12/29 | Online Payment 471553687 To American Electric Power | 282.54 |
| 12/29 | Online Payment 471568160 To Columbia Gas of Ohio | 194.40 |
| 12/29 | Online Payment 471553685 To American Electric Power | 169.91 |
| 12/29 | Online Payment 471566435 To Hamilton & Son Plumbing & Heatin | 83.35 |
| 12/29 | Online Payment 471567863 To Heaberlin Heating & A/C, Inc. | 68.00 |
| 12/29 | Online Payment 471568368 To Fed Ex | 23.44 |
| 12/29 | Online Payment 471556662 To American Electric Power | 9.61 |
| 12/29 | Online Payment 471556809 To American Electric Power | 9.54 |
| 12/29 | Online Payment 471556473 To American Electric Power | 8.59 |
| 12/31 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$2,397.33** |

You can waive your monthly service fee by maintaining an average checking balance of $4,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/01 | $221.16 |
| 12/03 | 128.91 |
| 12/10 | 1,431.71 |
| 12/11 | 609.76 |
| 12/15 | 5,924.60 |
| 12/16 | 1,662.32 |
| 12/17 | 1,158.51 |
| 12/29 | 309.13 |
| 12/31 | 295.13 |



November 29, 2008 through December 31, 2008

Account Number: ▮▮▮▮▮▮▮▮▮▮▮

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 2 |
| Deposited Items | 7 |
| **Transaction Total** | **12** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

January 01, 2009 through January 30, 2009
Account Number: ▮▮▮00000625052402

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001669 DRE 001 011 03109 - NNNNN  1 000000003 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | **$295.13** |
| Deposits and Additions | 5 | 13,749.72 |
| Checks Paid | 3 | - 7,830.09 |
| Other Withdrawals, Fees & Charges | 26 | - 4,896.93 |
| **Ending Balance** | **34** | **$1,317.83** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/15 | Deposit | $6,151.84 |
| 01/15 | Deposit | 2,628.00 |
| 01/15 | Deposit | 2,300.00 |
| 01/16 | Deposit | 669.88 |
| 01/26 | Deposit    *For customer Returned check  1-21-09* | 2,000.00 |
| **Total Deposits and Additions** | | **$13,749.72** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4426 ^ | | 01/22 | $2,628.00 |
| 4427 ^ | | 01/15 | 836.16 |
| 4428 ^ | | 01/15 | 4,365.93 |
| **Total Checks Paid** | | | **$7,830.09** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



January 01, 2009 through January 30, 2009
Account Number: ▒▒▒▒▒▒▒▒▒▒▒▒▒

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $ _____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                                   Step 2 Total:   $ _____

3. Add Step 2 Total to Step 1 Balance.                            Step 3 Total:   $ _____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                   Step 4 Total:   -$ _____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING LENDER     JPMorgan Chase Bank, N.A. Member FDIC



January 01, 2009 through January 30, 2009
Account Number:

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 01/05 | Online Payment 475296401 To AT&T | | | $236.24 |
| 01/16 | Online Payment 479639617 To Countrywide Home Loan | | | 403.90 |
| 01/16 | Online Payment 479632574 To American Electric Power | | | 346.72 |
| 01/16 | Online Payment 479630426 To Hamilton & Son Plumbing & Heatin | | | 343.90 |
| 01/16 | Online Payment 479634793 To American Electric Power | | | 212.36 |
| 01/16 | Online Payment 479632149 To N Telos | | | 203.97 |
| 01/16 | Online Payment 479635186 To American Electric Power | | | 152.70 |
| 01/16 | Online Payment 479637704 To Heaberlin Heating & A/C, Inc. | | | 141.00 |
| 01/16 | Online Payment 479629716 To Hamilton & Son Plumbing & Heatin | | | 66.85 |
| 01/16 | Online Payment 479638177 To Fed Ex | | | 54.11 |
| 01/16 | Online Payment 479645316 To Columbia Gas of Ohio | | | 47.60 |
| 01/16 | Online Payment 479639202 To Hecla Water Association Inc. | | | 35.00 |
| 01/16 | Online Payment 479638733 To Fed Ex | | | 31.30 |
| 01/16 | Online Payment 479635690 To American Water Heater Rentals | | | 18.14 |
| 01/16 | Online Payment 479636890 To America's Water Heater Rentals | | | 18.14 |
| 01/16 | Online Payment 479631724 To Scioto County Sanitary Engineeri | | | 17.59 |
| 01/16 | Online Payment 479631065 To Hecla Water Association Inc. | | | 17.15 |
| 01/16 | Online Payment 479636326 To American Water Heater Rentals | | | 15.87 |
| 01/16 | Online Payment 479633060 To American Electric Power | | | 9.40 |
| 01/16 | Online Payment 479633980 To American Electric Power | | | 7.27 |
| 01/20 | Auto-Owners    Ins. Prem          PPD ID: 1380315280 | | | 491.79 |
| 01/21 | Deposited Item Returned    Account Closed 056746    # of<br>Items00001 Ck#:0000000225    Dep Amt000000000615184Dep<br>Date011509Ck Amt0000196500    Svc<br>Fee001000 | | | 1,965.00 |
| 01/21 | Deposit Item Returned Fee: 01    056746    # of Items00001 | | | 10.00 |
| 01/23 | Insufficient Funds Fee | | | 35.00 |
| 01/30 | Cash Deposit Immediate | | | 1.93 |
| 01/30 | Service Fee | | | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | | | **$4,896.93** |



A Overdraft fee was charged on 01/23 due to insufficient funds in your account.

You can waive your monthly service fee by maintaining an average checking balance of $4,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/05 | $58.89 |
| 01/15 | 5,936.64 |
| 01/16 | 4,463.55 |
| 01/20 | 3,971.76 |
| 01/21 | 1,996.76 |
| 01/22 | -631.24 |
| 01/23 | -666.24 |
| 01/26 | 1,333.76 |
| 01/30 | 1,317.83 |



January 01, 2009 through January 30, 2009
Account Number: 

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 5 |
| Deposited Items | 9 |
| **Transaction Total** | **18** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |



January 01, 2009 through January 30, 2009

Account Number:





January 01, 2009 through January 30, 2009
Account Number:

This Page Intentionally Left Blank



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

January 31, 2009 through February 27, 2009
Account Number: ~~00000625002402~~

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

||ılılılılı.ılıdılılılılı.ılı.dılılı.....ılı.ılılıl
00001739 DRE 001 011 05909 - NNNNN 1 000000002 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



BEGINNING MARCH 30TH, WASHINGTON MUTUAL BRANCHES IN CALIFORNIA
WILL BE REBRANDED TO THE CHASE NAME. WHILE THESE BRANCHES WILL
HAVE THE CHASE LOGO, THEY HAVE NOT YET CONVERTED TO CHASE BANKING
SYSTEMS. PLEASE CONTINUE TO USE THE SAME BRANCHES YOU USE TODAY
UNTIL WE NOTIFY YOU THAT ADDITIONAL LOCATIONS ARE AVAILABLE.

WE ARE MAKING CHANGES TO THE FUNDS AVAILABILITY POLICY. PLEASE
SEE THE LAST PAGE OF YOUR STATEMENT FOR THIS CHANGE TO YOUR
DEPOSIT ACCOUNT AGREEMENT. ALL OTHER TERMS AND CONDITIONS STILL
APPLY. IF YOU HAVE QUESTIONS, PLEASE CALL US AT 1-800-935-9935.

### Important - FDIC Announcement

Chase is participating in the Federal Deposit Insurance Corporation Transaction Account Guarantee Program.
Through the Program all of your non-interest-bearing checking accounts and some interest-bearing checking
accounts, with interest rates that are maintained at 0.50 percent or less per year, will be fully guaranteed by the
FDIC for the entire account balance through December 31, 2009, **regardless of how much you have in your
account(s).**

The Transaction Account Guarantee Program represents good news for both your business and your peace of
mind. When combined with the financial strength and stability that Chase already provides, the Program delivers
an extra level of financial security to help you run your company with greater confidence in these unsettling
economic times.

In addition, on October 3, 2008, FDIC deposit insurance temporarily increased from $100,000 to $250,000 per
depositor through December 31, 2009. This covers your Chase CDs, savings and money market deposit
accounts and any accounts not covered by the Transaction Account Guarantee Program.

Visit the FDIC web site at www.fdic.gov for detailed information. To learn more or to consolidate all your
non-interest-bearing transaction deposit accounts, please contact your local **Chase Business Specialist** today.

| CHECKING SUMMARY | Chase BusinessClassic | |
|---|---|---|
| | INSTANCES | AMOUNT |
| **Beginning Balance** | | **$1,317.83** |
| Deposits and Additions | 3 | 10,260.00 |
| Checks Paid | 2 | - 5,218.76 |
| Other Withdrawals, Fees & Charges | 39 | - 5,939.97 |
| **Ending Balance** | **44** | **$419.10** |


CHASE

January 31, 2009 through February 27, 2009
Account Number:

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  **Step 1 Balance:**  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:**  $_____

3. Add Step 2 Total to Step 1 Balance.  **Step 3 Total:**  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:**  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.


EQUAL HOUSING LENDER    JPMorgan Chase Bank, N.A. Member FDIC



January 31, 2009 through February 27, 2009
Account Number:



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/04 | Deposit | $2,500.00 |
| 02/13 | Deposit | 5,960.00 |
| 02/25 | Deposit | 1,800.00 |
| **Total Deposits and Additions** | | **$10,260.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 4430  ^ | | 02/13 | $836.16 |
| 4431  ^ | | 02/17 | 4,382.60 |
| **Total Checks Paid** | | | **$5,218.76** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/04 | Online Payment 487177138 To Countrywide Home Loan | $403.90 |
| 02/04 | Online Payment 486996554 To AT&T | 306.99 |
| 02/04 | Online Payment 487177836 To Hamilton & Son Plumbing & Heatin | 300.40 |
| 02/04 | Online Payment 486997335 To American Electric Power | 192.91 |
| 02/04 | Online Payment 487176673 To N Telos | 188.85 |
| 02/04 | Online Payment 487002024 To American Water Heater Rental | 169.65 |
| 02/04 | Online Payment 487002025 To Columbia Gas of Ohio | 141.68 |
| 02/04 | Online Payment 487178037 To Hamilton & Son Plumbing & Heatin | 123.55 |
| 02/04 | Online Payment 487005529 To Columbia Gas of Ohio | 95.83 |
| 02/04 | Online Payment 487177644 To Hamilton & Son Plumbing & Heatin | 95.55 |
| 02/04 | Online Payment 486999949 To Fed Ex | 66.75 |
| 02/04 | Online Payment 487009239 To South Point Utilities | 36.50 |
| 02/04 | Online Payment 487007288 To South Point Utilities | 36.50 |
| 02/04 | Online Payment 487007281 To South Point Utilities | 36.50 |
| 02/04 | Online Payment 487007286 To South Point Utilities | 36.50 |
| 02/04 | Online Payment 487007290 To South Point Utilities | 19.25 |
| 02/04 | Online Payment 486996152 To Scioto County Sanitary Engineeri | 18.65 |
| 02/04 | Online Payment 486997332 To American Electric Power | 12.64 |
| 02/04 | Online Payment 486997336 To American Electric Power | 10.16 |
| 02/04 | Online Payment 486997343 To American Electric Power | 7.18 |
| 02/05 | Online Payment 487417236 To Dependable | 420.00 |
| 02/17 | Auto-Owners      Ins. Prem          PPD ID: 1380315280 | 513.22 |
| 02/23 | Stop Pay Renewal Fee | 4.00 |
| 02/25 | Online Payment 495100871 To Columbia Gas of Ohio | 435.77 |
| 02/25 | Online Payment 495253150 To William K. Ogg | 416.18 |
| 02/25 | Online Payment 495252503 To Countrywide Home Loan | 403.90 |



January 31, 2009 through February 27, 2009

Account Number:

## OTHER WITHDRAWALS, FEES & CHARGES *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/25 | Online Payment 495253397 To Aig National Insurance Company | 333.00 |
| 02/25 | Online Payment 495253000 To William K. Ogg | 302.06 |
| 02/25 | Online Payment 495101729 To American Electric Power | 295.80 |
| 02/25 | Online Payment 495101728 To American Electric Power | 240.98 |
| 02/25 | Online Payment 495096818 To Columbia Gas of Ohio | 109.02 |
| 02/25 | Online Payment 495098178 To Columbia Gas of Ohio | 54.03 |
| 02/25 | Online Payment 495099039 To Fed Ex | 29.74 |
| 02/25 | Online Payment 495097741 To American Water Heater Rental | 18.14 |
| 02/25 | Online Payment 495097742 To American Water Heater Rental | 18.14 |
| 02/25 | Online Payment 495097739 To American Water Heater Rental | 15.87 |
| 02/25 | Online Payment 495095488 To American Electric Power | 13.30 |
| 02/27 | Cash Deposit Immediate | 2.88 |
| 02/27 | Service Fee | 14.00 |

**Total Other Withdrawals, Fees & Charges** **$5,939.97**

You can waive your monthly service fee by maintaining an average checking balance of $4,000 or more during the statement period.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 02/04 | $1,517.89 |
| 02/05 | 1,097.89 |
| 02/13 | 6,221.73 |
| 02/17 | 1,325.91 |
| 02/23 | 1,321.91 |
| 02/25 | 435.98 |
| 02/27 | 419.10 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 3 |
| Deposited Items | 5 |
| **Transaction Total** | **11** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |



January 31, 2009 through February 27, 2009
Account Number: 000000062505240?



CHANGES TO THE "AVAILABILITY OF OTHER CHECK DEPOSITS" SECTION
OF THE FUNDS AVAILABILITY POLICY:
CHECKS CAN BE IDENTIFIED AS LOCAL OR NON-LOCAL BY LOOKING AT
THE FIRST FOUR DIGITS OF THE NINE-DIGIT BANK ROUTING NUMBER
NORMALLY LOCATED ON THE LOWER LEFT-HAND SIDE OF THE CHECK.

THE FOLLOWING PREFIXES WILL BE ADDED TO THE CHART OF NUMBERS
CONSIDERED LOCAL:

LOCAL NUMBERS FOR DEPOSITS MADE IN ILLINOIS AND WISCONSIN:
EFFECTIVE JANUARY 31, 2009: 0730, 0739, 1040, 1041, 1049, 2730,
2739, 3040, 3041, 3049

LOCAL NUMBERS FOR DEPOSITS MADE IN LOUISIANA: EFFECTIVE
JANUARY 31, 2009: 0810, 0812, 0815, 0819, 0865, 2810, 2812,
2815, 2819, 2865
EFFECTIVE MARCH 21, 2009: 0530, 0531, 0532, 0539, 2530, 2531,
2532, 2539

LOCAL NUMBERS FOR DEPOSITS MADE IN FLORIDA: EFFECTIVE
JANUARY 31, 2009: 0610, 0611, 0612, 0613, 0620, 0621, 0622,
0640, 0641, 0642, 0650, 0651, 0652, 0653, 0654, 0655, 0810,
0812, 0815, 0819, 0820, 0829, 0840, 0841, 0842, 0843, 0865,
2610, 2611, 2612, 2613, 2620, 2621, 2622, 2640, 2641, 2642,

2650, 2651, 2652, 2653, 2654, 2655, 2810, 2812, 2815, 2819,
2820, 2829, 2840, 2841, 2842, 2843, 2865
EFFECTIVE MARCH 21, 2009: 0530, 0531, 0532, 0539, 2530, 2531,
2532, 2539



January 31, 2009 through February 27, 2009
Account Number:

This Page Intentionally Left Blank



**CHASE** 🔵

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

February 28, 2009 through March 31, 2009
Account Number: 000000625052402

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00000831 DRE 001 011 09109 - YYNNN  1 000000004  60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

BEGINNING MARCH 30TH, WASHINGTON MUTUAL BRANCHES IN CALIFORNIA
WILL BE REBRANDED TO THE CHASE NAME.  WHILE THESE BRANCHES WILL
HAVE THE CHASE LOGO, THEY HAVE NOT YET CONVERTED TO CHASE BANKING
SYSTEMS. PLEASE CONTINUE TO USE THE SAME BRANCHES YOU USE TODAY
UNTIL WE NOTIFY YOU THAT ADDITIONAL LOCATIONS ARE AVAILABLE.

WE WILL WAIVE THE MONTHLY SERVICE FEE ON YOUR
CHASE BUSINESSCLASSIC(SM) CHECKING OR CHASE BUSINESSCLASSIC(SM)
CHECKING WITH INTEREST ACCOUNT FOR ANY STATEMENT PERIOD YOU MAKE
FIVE OR MORE BUSINESS DEBIT CARD PURCHASES. ATM WITHDRAWALS AND
CASH ADVANCES DO NOT QUALIFY.

IF YOU WANT TO LEARN MORE ABOUT THIS EXCITING NEW OPTION OR GET A
CHASE BUSINESS DEBIT CARD, PLEASE VISIT YOUR NEAREST BRANCH OR
CALL US AT 1-800-CHASE38 (1-800-242-7338).

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$419.10** |
| Deposits and Additions | 6 | 15,373.38 |
| Checks Paid | 4 | - 11,501.57 |
| Other Withdrawals, Fees & Charges | 30 | - 3,230.50 |
| **Ending Balance** | **40** | **$1,060.41** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Deposit | $723.00 |
| 03/05 | Deposit | 775.00 |
| 03/13 | Deposit | 6,558.20 |
| 03/16 | Deposit | 650.00 |
| 03/16 | Credit Return: Online Payment 495253150 To William K. Ogg | 416.18 |
| 03/18 | Deposit | 6,251.00 |
| **Total Deposits and Additions** | | **$15,373.38** |

 CHASE

February 28, 2009 through March 31, 2009
Account Number: ██████████████████

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        **Step 1 Balance:**  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | | _____ | | _____ | |
| _____ | | _____ | | _____ | |

**Step 2 Total:**   $_____

3. Add Step 2 Total to Step 1 Balance.                         **Step 3 Total:**   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | | |

**Step 4 Total:**   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC



February 28, 2009 through March 31, 2009
Account Number: 

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4432  ^ | | 03/18 | $50.00 |
| 4433  ^ | | 03/13 | 836.16 |
| 4434  ^ | | 03/16 | 4,364.41 |
| 4435  ^ | | 03/20 | 6,251.00 |
| **Total Checks Paid** | | | **$11,501.57** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Online Payment 497093794 To N Telos | $197.41 |
| 03/02 | Online Payment 497093395 To American Electric Power | 137.69 |
| 03/02 | Online Payment 497713523 To South Point Utilities | 76.66 |
| 03/02 | Online Payment 497713525 To South Point Utilities | 36.50 |
| 03/02 | Online Payment 497713528 To South Point Utilities | 36.50 |
| 03/02 | Online Payment 497713532 To South Point Utilities | 36.50 |
| 03/02 | Online Payment 497713527 To South Point Utilities | 36.50 |
| 03/02 | Online Payment 497092925 To Scioto Water Inc. | 26.40 |
| 03/02 | Online Payment 497713960 To Fed Ex | 23.17 |
| 03/02 | Online Payment 497713531 To South Point Utilities | 19.25 |
| 03/02 | Online Payment 497713521 To American Electric Power | 3.14 |
| 03/04 | Online Payment 498694506 To City of Ironton | 35.64 |
| 03/04 | Online Payment 498694093 To Scioto Water Inc. | 18.65 |
| 03/04 | Online Payment 498694831 To American Electric Power | 13.88 |
| 03/05 | Online Payment 499133070 To AT&T | 256.29 |
| 03/16 | Online Payment 503389172 To OSU Veterinary Hospital | 500.00 |
| 03/16 | Online Payment 503386993 To American Electric Power | 249.63 |
| 03/16 | Online Payment 503386988 To American Electric Power | 186.60 |
| 03/16 | Online Payment 503622605 To Columbia Gas of Ohio | 140.58 |
| 03/16 | Online Payment 503383612 To Triple Aaa | 112.00 |
| 03/16 | Online Payment 503386249 To American Water Heater Rental | 37.03 |
| 03/16 | Online Payment 503386238 To American Water Heater Rental | 32.46 |
| 03/16 | Online Payment 503387401 To Fedex | 30.43 |
| 03/16 | Online Payment 503622606 To Fedex | 24.88 |
| 03/17 | Auto-Owners    Ins. Prem         PPD ID: 1380315280 | 513.22 |
| 03/23 | Financial Management Software:  Monthly Service Fee | 9.95 |
| 03/25 | Online Payment 506839861 To Heaberlin Heating & A/C, Inc. | 247.80 |
| 03/25 | Online Payment 506840315 To Dependable | 177.00 |
| 03/31 | Cash Deposit Immediate | 0.74 |
| 03/31 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$3,230.50** |



February 28, 2009 through March 31, 2009

Account Number:

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $4,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 03/02 | $512.38 | 03/18 | 7,760.90 |
| 03/04 | 444.21 | 03/20 | 1,509.90 |
| 03/05 | 962.92 | 03/23 | 1,499.95 |
| 03/13 | 6,684.96 | 03/25 | 1,075.15 |
| 03/16 | 2,073.12 | 03/31 | 1,060.41 |
| 03/17 | 1,559.90 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 5 |
| Deposited Items | 10 |
| **Transaction Total** | **20** |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |

 **CHASE**

February 28, 2009 through March 31, 2009
Account Number: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

### IT'S BACK
### CHASE PICKS UP THE TAB[SM]
### A winner every 5 minutes.[*]



Your next debit card purchase could be on us! Enroll your Chase Debit Card for free at **chase.com/TheTab** or with a banker today. Then, make everyday qualifying purchases[**] with your enrolled debit card.

To make sure your purchase counts:
* Make the purchase without using your PIN.
* At stores, select "credit," not "debit," and sign for your purchase.
  Or just tell the cashier you don't want to use your PIN.
* Use your debit card for online, mail order and phone purchases too.

**Enroll today!**

[*]Every 1,250th transaction is a winner. Winner every five minutes is an average calculation that assumes 40,000 prizes are awarded throughout promotional period and is based on historical 2008 Chase Picks Up the Tab promotional data and forecasted 2009 eligible enrollments.

[**]Qualifying purchases include all debit card purchases made without using a PIN. Such "non-PIN" purchases include purchases you sign for contactless blink[SM] purchases, Internet purchases, phone or mail-order purchases, small dollar purchases that do not require a signature, and bill payments (where billers process the transaction as a credit card). Cash advances and Cash transactions do not qualify.

NO PURCHASE NECESSARY TO ENTER OR WIN. A PURCHASE OR BANK TRANSACTION WILL NOT INCREASE YOUR CHANCES OF WINNING. PROMOTION SUBJECT TO ALL FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS. OPEN TO LEGAL U.S. RESIDENTS CURRENTLY RESIDING in AZ, CO, CA, CT, FL, GA, ID, IL, IN, KY, LA, MI, NJ, NY, NV, OH, OK, OR, TX, UT, WA, WI and WV WHO ARE 18 YEARS OF AGE OR OLDER. Void where prohibited. Program begins 12:00:00 a.m. ET on 3/2/09 and ends 11:59:59 p.m. ET on 6/30/09. For information on how to opt in, how to obtain entries, entry limitations, how potential winners are determined and no purchase method of entry, as well as the rest of the Official Rules, please log on to: www.Chase.com/TheTab. Maximum amount of each prize is. $200. Maximum ARV for all prizes combined is: $8,000,000. Odds of winning any one prize are 1 in 1,250. If you do not want to receive future sweepstakes offers by mail from JPMorgan Chase Bank, N.A., write to us at Sweepstakes Preference Office, 1111 Polaris Parkway, Suite A1, Columbus, OH 43240-0242. Please state that you do not want to receive future sweepstakes offers, which does not exclude you from any Chase marketing offer or promotion, and include your name, address and telephone number. SPONSOR: JPMorgan Chase Bank, N.A., 1111 Polaris Parkway, Columbus, OH, 43240.

©2009 JPMorgan Chase Bank, N.A. Member FDIC



February 28, 2009 through March 31, 2009
Account Number:

This Page Intentionally Left Blank



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

April 01, 2009 through April 30, 2009
Account Number:



| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000818 DRE 001 011 12109 - NNNNN  1 000000002 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

WE WILL WAIVE THE MONTHLY SERVICE FEE ON YOUR
CHASE BUSINESSCLASSIC(SM) CHECKING OR CHASE BUSINESSCLASSIC(SM)
CHECKING WITH INTEREST ACCOUNT FOR ANY STATEMENT PERIOD YOU MAKE
FIVE OR MORE BUSINESS DEBIT CARD PURCHASES. ATM WITHDRAWALS AND
CASH ADVANCES DO NOT QUALIFY.

IF YOU WANT TO LEARN MORE ABOUT THIS EXCITING NEW OPTION OR GET A
CHASE BUSINESS DEBIT CARD, PLEASE VISIT YOUR NEAREST BRANCH OR
CALL US AT 1-800-CHASE38 (1-800-242-7338).

### IMPORTANT INFORMATION REGARDING FEES FOR WIRE TRANSFERS

Beginning July 1, 2009, Wire Transfer Fees will be as follows:

Branch or Phone Initiated Wires:
Domestic Incoming Wire Transfers:      $15 per item
Foreign Incoming Wire Transfers:       $15 per item
Domestic Outgoing Wire Transfers:      $25 per item
Foreign Outgoing Wire Transfers:       $45 per item

Online Banking Services Initiated Wires:
Domestic Outgoing Wire Transfers:      $20 per item
Foreign Outgoing Wire Transfers
US Dollars:                        $40 per item
Foreign Exchange:                  $45 per item

If you have questions, please call us at 1-800-CHASE38 (1-800-242-7338).

| CHECKING SUMMARY | Chase BusinessClassic | |
| --- | --- | --- |
| | INSTANCES | AMOUNT |
| **Beginning Balance** | | **$1,060.41** |
| Deposits and Additions | 2 | 8,275.14 |
| Checks Paid | 2 | - 5,490.76 |
| Other Withdrawals, Fees & Charges | 28 | - 3,468.26 |
| **Ending Balance** | **32** | **$376.53** |



April 01, 2009 through April 30, 2009
Account Number:

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:      **Step 1 Balance:  $_____**

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:  $_____**

3. Add Step 2 Total to Step 1 Balance.      **Step 3 Total:  $_____**

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:  -$_____**

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   **$_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC



April 01, 2009 through April 30, 2009
Account Number: 

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/13 | Deposit | $2,000.00 |
| 04/15 | Deposit | 6,275.14 |
| **Total Deposits and Additions** | | **$8,275.14** |



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 4436 ^ | | 04/15 | $836.16 |
| 4437 ^ | | 04/15 | 4,654.60 |
| **Total Checks Paid** | | | **$5,490.76** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/03 | Online Payment 511078972 To City of Ironton | $31.70 |
| 04/03 | Online Payment 511078630 To American Electric Power | 9.92 |
| 04/06 | Online Payment 511413960 To AT&T | 285.92 |
| 04/06 | Online Payment 511414265 To N Telos | 210.98 |
| 04/06 | Online Payment 511413703 To American Electric Power | 104.46 |
| 04/06 | Online Payment 511412854 To Columbia Gas of Ohio | 86.76 |
| 04/06 | Online Payment 511409983 To Scioto County Sanitary Engineeri | 39.17 |
| 04/06 | Online Payment 511412377 To South Point Utilities | 36.50 |
| 04/06 | Online Payment 511412381 To South Point Utilities | 36.50 |
| 04/06 | Online Payment 511412383 To South Point Utilities | 36.50 |
| 04/06 | Online Payment 511412386 To South Point Utilities | 19.25 |
| 04/06 | Online Payment 511409646 To Fedex | 16.55 |
| 04/06 | Online Payment 511904654 To Scioto Water Inc. | 14.83 |
| 04/13 | Online Payment 514494179 To Hamilton & Son Plumbing & Heatin | 461.45 |
| 04/13 | Online Payment 514498260 To Dependable | 324.00 |
| 04/13 | Online Payment 514496901 To American Electric Power | 240.49 |
| 04/13 | Online Payment 514497905 To Dependable | 224.00 |
| 04/13 | Online Payment 514497462 To American Electric Power | 122.11 |
| 04/13 | Online Payment 514496553 To American Electric Power | 24.16 |
| 04/13 | Online Payment 514497466 To American Electric Power | 10.21 |
| 04/17 | Auto-Owners    Ins. Prem         PPD ID: 1380315280 | 513.23 |
| 04/22 | Deposited Item Returned     NSF 1St     021424              # of        Items00001Ck#:0000001153              Dep Amt000000000627514Dep        Date041509Ck Amt0000050000                        Svc        Fee001000 | 500.00 |
| 04/22 | Deposited Item Returned     NSF 1St     021423              # of        Items00001Ck#:0000001154              Dep Amt000000000627514Dep        Date041509Ck Amt0000007500                        Svc        Fee001000 | 75.00 |

 CHASE

April 01, 2009 through April 30, 2009
Account Number:

## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|--------|
| 04/22 | Deposit Item Returned Fee: 01 | 021423 | # of Items00001 | 10.00 |
| 04/22 | Deposit Item Returned Fee: 01 | 021424 | # of Items00001 | 10.00 |
| 04/22 | Financial Management Software:  Monthly Service Fee | | | 9.95 |
| 04/30 | Cash Deposit Immediate | | | 0.62 |
| 04/30 | Service Fee | | | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | | | **$3,468.26** |

You can waive the monthly service fee on your  Chase BusinessClassic account by maintaining an average checking balance of $4,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period.  If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 04/03 | $1,018.79 |
| 04/06 | 131.37 |
| 04/13 | 724.95 |
| 04/15 | 1,509.33 |
| 04/17 | 996.10 |
| 04/22 | 391.15 |
| 04/30 | 376.53 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 2 |
| Deposited Items | 9 |
| **Transaction Total** | **14** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |