

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

May 01, 2009 through May 29, 2009
Account Number: 

00000811 DRE 001 011 15009 - NNYNN  1 000000002 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



WE WILL WAIVE THE MONTHLY SERVICE FEE ON YOUR
CHASE BUSINESSCLASSIC(SM) CHECKING OR CHASE BUSINESSCLASSIC(SM)
CHECKING WITH INTEREST ACCOUNT FOR ANY STATEMENT PERIOD YOU MAKE
FIVE OR MORE BUSINESS DEBIT CARD PURCHASES. ATM WITHDRAWALS AND
CASH ADVANCES DO NOT QUALIFY.

IF YOU WANT TO LEARN MORE ABOUT THIS EXCITING NEW OPTION OR GET A
CHASE BUSINESS DEBIT CARD, PLEASE VISIT YOUR NEAREST BRANCH OR
CALL US AT 1-800-CHASE38 (1-800-242-7338).

### IMPORTANT INFORMATION
### REGARDING FUNDS AVAILABILITY

We are making changes to the Funds Availability Policy. All other terms and conditions still apply. In addition to
the routing number prefixes currently considered local, the following prefixes will be added to the Local
Availability chart:

Local numbers for deposits made in Oklahoma will also include:
Effective immediately: 1010, 1011, 1012, 1019, 3010, 3011, 3012, 3019

Local numbers for deposits made in New Jersey and New York will also include:
Effective immediately: 0420, 0421, 0422, 0423, 0442, 0515, 0519, 0740, 0749, 0813, 0830, 0839, 0863, 2420,
2421, 2422, 2423, 2442, 2515, 2519, 2740, 2749, 2813, 2830, 2839, 2863

Local numbers for deposits made in Connecticut, New Jersey and New York will also include:
Effective April 17, 2009: 0510, 0514, 0520, 0521, 0522, 0540, 0550, 0560, 0570, 2510, 2514, 2520, 2521, 2522,
2540, 2550, 2560, 2570

Effective July 1, 2009, the following routing number prefixes will be removed from the Local Availability chart:

Local numbers for Florida will no longer include: 1110, 1111, 3110, 3111

Local numbers for Texas will no longer include: 1230, 1231, 1232, 1233, 1250, 1251, 1252, 3230, 3231, 3232,
3233, 3250, 3251, 3252

 CHASE

May 01, 2009 through May 29, 2009
Account Number:

## BALANCING YOUR CHECKBOOK

Note: **Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance:   $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**     Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
   not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**     $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
•  Your name and account number
•  The dollar amount of the suspected error
•  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 EQUAL HOUSING LENDER     **JPMorgan Chase Bank, N.A. Member FDIC**





May 01, 2009 through May 29, 2009

Account Number: 000000062505-2402



## CHECKING SUMMARY
Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $376.53 |
| Deposits and Additions | 4 | 8,855.58 |
| Checks Paid | 2 | - 5,209.02 |
| Other Withdrawals, Fees & Charges | 30 | - 3,257.60 |
| Ending Balance | 36 | $765.49 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Deposit | $1,500.00 |
| 05/13 | Deposit | 775.00 |
| 05/15 | Deposit | 6,215.21 |
| 05/28 | Deposit | 365.37 |
| **Total Deposits and Additions** | | **$8,855.58** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4438 ^ | | 05/15 | $836.16 |
| 4439 ^ | | 05/18 | 4,372.86 |
| **Total Checks Paid** | | | **$5,209.02** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Online Payment 522209774 To Columbia Gas of Ohio | $109.39 |
| 05/01 | Online Payment 522210482 To American Electric Power | 97.71 |
| 05/01 | Online Payment 522208778 To Department of Public Utilities | 38.35 |
| 05/01 | Online Payment 522210134 To Columbia Gas of Ohio | 33.71 |
| 05/01 | Online Payment 522207784 To Fedex | 33.50 |
| 05/01 | Online Payment 522208072 To Fedex | 24.50 |
| 05/04 | Online Payment 523441336 To Dependable | 385.00 |
| 05/04 | Online Payment 523441676 To Dependable | 325.00 |
| 05/04 | Online Payment 523440895 To N Telos | 224.25 |
| 05/13 | Online Payment 526760033 To Bank of America | 403.90 |
| 05/13 | Online Payment 526950296 To AT&T | 269.68 |
| 05/13 | Online Payment 526950073 To American Electric Power | 103.32 |
| 05/13 | Online Payment 526760311 To Hamilton & Son Plumbing & Heatin | 62.90 |
| 05/13 | Online Payment 526761152 To Scioto County Sanitary Engineeri | 40.62 |
| 05/13 | Online Payment 526950845 To South Point Utilities | 36.50 |

 CHASE ⬡

May 01, 2009 through May 29, 2009
Account Number: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13 | Online Payment 526950841 To South Point Utilities | 36.50 |
| 05/13 | Online Payment 526950842 To South Point Utilities | 36.50 |
| 05/13 | Online Payment 526761149 To City of Ironton | 31.90 |
| 05/13 | Online Payment 526765435 To American Electric Power | 28.06 |
| 05/13 | Online Payment 526950846 To South Point Utilities | 19.25 |
| 05/13 | Online Payment 526765443 To American Electric Power | 9.83 |
| 05/14 | Online Payment 526984850 To Columbia Gas of Ohio | 47.01 |
| 05/19 | Auto-Owners    Ins. Prem         PPD ID: 1380315280 | 513.23 |
| 05/22 | Financial Management Software:  Monthly Service Fee | 9.95 |
| 05/28 | Online Payment 547116660 To N Telos | 233.52 |
| 05/28 | Online Payment 547118149 To Fedex | 46.70 |
| 05/28 | Online Payment 547119063 To American Water Heater Rental | 18.14 |
| 05/28 | Online Payment 547119061 To American Water Heater Rental | 15.87 |
| 05/28 | Online Payment 547118467 To Columbia Gas of Ohio | 8.81 |
| 05/29 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$3,257.60** |

You can waive the monthly service fee on your  Chase BusinessClassic account by maintaining an average checking balance of $4,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period.  If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 05/01 | $1,539.37 |
| 05/04 | 605.12 |
| 05/13 | 301.16 |
| 05/14 | 254.15 |
| 05/15 | 5,633.20 |
| 05/18 | 1,260.34 |
| 05/19 | 747.11 |
| 05/22 | 737.16 |
| 05/28 | 779.49 |
| 05/29 | 765.49 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 4 |
| Deposited Items | 10 |
| **Transaction Total** | **17** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |



May 01, 2009 through May 29, 2009
Account Number: ███████████████

## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| **Total Service Fees** | **$14.00** |



 **CHASE**

May 01, 2009 through May 29, 2009
Account Number: ████████████████

### Wire Transfer Service offered through Chase Online℠ for Business
### Try it today and get $25!

**Pay bills and transfer funds around the world- anytime, right from your computer!**

This convenient, secure online service lets you transfer funds by wire from your Chase business checking account to any other bank account, almost anywhere in the world. Pay suppliers and move money 24/7, from your office or on the go - with no trip to the bank.

Visit chase.com/wire25 and send a wire transfer by July 31, 2009 and we'll give you $25.

**Important Information:** Offer valid 6/1/09 through 7/31/09. Offer limited to one Wire Transfer Service reward/premium per customer, per calendar year. Reward will be automatically deposited into your Chase business checking account within 4-6 weeks after sending your first wire transfer through Chase Online for Business. Reward is considered miscellaneous income and will be reported on IRS form 1099-MISC.



**JPMorgan Chase Bank, N.A.**
P O Box 260180
Baton Rouge, LA 70826 - 0180

May 30, 2009 through June 30, 2009
Account Number: 

00000801 DRE 001 011 18209 - NNNNN  1 000000002 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## IMPORTANT UPDATE ABOUT FUNDS AVAILABILITY

We are amending the Other Check Deposits section of the Funds Availability Policy for your account. Starting 7/12/09, funds will be generally available for your use the next business day, whether the check is considered local or non-local.

For more information, please see the Funds Availability Policy in your Account Rules and Regulations that you received when you opened your account. If you have questions, please call us at 1-800-CHASE38 ((1-800-242-7338)).

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$765.49** |
| Deposits and Additions | 3 | 7,586.00 |
| Checks Paid | 2 | - 5,247.43 |
| Other Withdrawals, Fees & Charges | 21 | - 2,614.57 |
| **Ending Balance** | **26** | **$489.49** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | Deposit | $500.00 |
| 06/15 | Deposit | 5,986.00 |
| 06/17 | Deposit | 1,100.00 |
| **Total Deposits and Additions** | | **$7,586.00** |

 CHASE

May 30, 2009 through June 30, 2009
Account Number: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    **Step 1 Balance:** $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                                     **Step 2 Total:**   $_____

3. Add Step 2 Total to Step 1 Balance.                               **Step 3 Total:**   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                     **Step 4 Total:**   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:    $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC





May 30, 2009 through June 30, 2009
Account Number: 00000062505240

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4441 ^ | | 06/15 | $4,355.06 |
| 4442 ^ | | 06/15 | 892.37 |
| **Total Checks Paid** | | | **$5,247.43** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | Online Payment 552323331 To AT&T | $252.12 |
| 06/08 | Online Payment 552324293 To American Electric Power | 51.89 |
| 06/08 | Online Payment 552325572 To Scioto County Sanitary Engineeri | 40.62 |
| 06/08 | Online Payment 552325589 To South Point Utilities | 36.50 |
| 06/08 | Online Payment 552325584 To South Point Utilities | 36.50 |
| 06/08 | Online Payment 552325575 To South Point Utilities | 36.50 |
| 06/08 | Online Payment 552325569 To City of Ironton | 31.70 |
| 06/08 | Online Payment 552325594 To South Point Utilities | 19.25 |
| 06/08 | Online Payment 552496836 To American Water Heater Rental | 18.89 |
| 06/08 | Online Payment 552496834 To American Water Heater Rental | 16.59 |
| 06/08 | Online Payment 552324295 To American Electric Power | 8.73 |
| 06/16 | Bank of America  Mortgage  122313762     Tel ID: 9128866004 | 342.92 |
| 06/16 | Bank of America  Mortgage  122313762     Tel ID: 9128866004 | 20.00 |
| 06/17 | Auto-Owners    Ins. Prem          PPD ID: 1380315280 | 513.23 |
| 06/17 | Online Payment 556291723 To American Electric Power | 85.21 |
| 06/18 | Online Payment 556554695 To American Electric Power | 626.22 |
| 06/18 | Online Payment 556555010 To William K. Ogg | 437.59 |
| 06/18 | Online Payment 556555126 To William K. Ogg | 15.50 |
| 06/22 | Financial Management Software:  Monthly Service Fee | 9.95 |
| 06/30 | Cash Deposit Immediate | 0.66 |
| 06/30 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$2,614.57** |

You can waive the monthly service fee on your  Chase BusinessClassic account by maintaining an average checking balance of $4,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period.  If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/08 | $716.20 |
| 06/15 | 1,454.77 |
| 06/16 | 1,091.85 |
| 06/17 | 1,593.41 |

CHASE 

May 30, 2009 through June 30, 2009

Account Number: 000000625052402

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT |
|------|--------|
| 06/18 | 514.10 |
| 06/22 | 504.15 |
| 06/30 | 489.49 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 3 |
| Deposited Items | 5 |
| **Transaction Total** | **13** |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

July 01, 2009 through July 31, 2009
Account Number: 

00000796 DRE 001 011 21309 - NNYNN  1 000000002 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$489.49** |
| Deposits and Additions | 4 | 9,032.00 |
| Checks Paid | 2 | - 5,478.51 |
| Other Withdrawals, Fees & Charges | 34 | - 3,922.66 |
| **Ending Balance** | **40** | **$120.32** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Deposit | $500.00 |
| 07/06 | Deposit | 700.00 |
| 07/15 | Deposit | 6,382.00 |
| 07/30 | Deposit | 1,450.00 |
| **Total Deposits and Additions** | | **$9,032.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4443  ^ | | 07/15 | $892.37 |
| 4444  ^ | | 07/15 | 4,586.14 |
| **Total Checks Paid** | | | **$5,478.51** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

 CHASE

July 01, 2009 through July 31, 2009

Account Number:

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                    **Step 1 Balance:  $**_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | | _____ | | _____ | |
| _____ | | _____ | | _____ | |

                                                                        **Step 2 Total:  $**_____

3. Add Step 2 Total to Step 1 Balance.                                **Step 3 Total:  $**_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |

                                                                        **Step 4 Total:  -$**_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:      **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING LENDER    JPMorgan Chase Bank, N.A. Member FDIC

 CHASE

July 01, 2009 through July 31, 2009

Account Number: 

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/03 | Online Payment 563668045 To N Telos | $245.94 |
| 07/03 | Online Payment 563667524 To American Electric Power | 52.53 |
| 07/03 | Online Payment 563667839 To Fedex | 40.90 |
| 07/03 | Online Payment 563667286 To South Point Utilities | 36.50 |
| 07/03 | Online Payment 563667285 To South Point Utilities | 36.50 |
| 07/03 | Online Payment 563667288 To South Point Utilities | 36.50 |
| 07/03 | Online Payment 563667280 To City of Ironton | 31.70 |
| 07/03 | Online Payment 563667290 To South Point Utilities | 19.25 |
| 07/06 | Online Payment 564900927 To Dependable | 324.00 |
| 07/06 | Online Payment 564903223 To Scioto County Sanitary Engineeri | 40.62 |
| 07/06 | Online Payment 564902792 To Department of Public Utilities | 34.86 |
| 07/06 | Online Payment 564902214 To American Electric Power | 18.16 |
| 07/06 | Online Payment 564900387 To Columbia Gas of Ohio | 14.04 |
| 07/06 | Online Payment 564905384 To American Electric Power | 2.54 |
| 07/09 | Online Payment 566254616 To Dependable | 224.00 |
| 07/17 | Auto-Owners     Ins. Prem          PPD ID: 1380315280 | 513.23 |
| 07/17 | Online Payment 570214777 To Bank of America | 342.92 |
| 07/20 | Online Payment 570989009 To AT&T | 281.58 |
| 07/20 | Online Payment 570991699 To American Electric Power | 93.36 |
| 07/20 | Online Payment 570990070 To American Water Heater Rental | 18.14 |
| 07/20 | Online Payment 570991701 To American Electric Power | 17.34 |
| 07/20 | Online Payment 570990067 To American Water Heater Rental | 15.87 |
| 07/20 | Online Payment 570991703 To Columbia Gas of Ohio | 2.79 |
| 07/22 | Financial Management Software: Monthly Service Fee | 9.95 |
| 07/30 | Online Payment 599038235 To Dependable | 375.00 |
| 07/30 | Online Payment 599037475 To Dependable | 365.00 |
| 07/30 | Online Payment 599040916 To American Electric Power | 349.74 |
| 07/30 | Online Payment 599040931 To N Telos | 226.95 |
| 07/30 | Online Payment 599040929 To City of Ironton | 57.20 |
| 07/30 | Online Payment 599040925 To City of Ironton | 31.70 |
| 07/30 | Online Payment 599040920 To Columbia Gas of Ohio | 30.77 |
| 07/30 | Online Payment 599038233 To American Electric Power | 18.61 |
| 07/31 | Cash Deposit Immediate | 0.47 |
| 07/31 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$3,922.66** |



You can waive the monthly service fee on your  Chase BusinessClassic account by maintaining an average checking balance of $4,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period.  If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 07/02 | $989.49 |
| 07/03 | 489.67 |
| 07/06 | 755.45 |
| 07/09 | 531.45 |



July 01, 2009 through July 31, 2009
Account Number: 

## DAILY ENDING BALANCE (continued)

| DATE | AMOUNT |
|------|--------|
| 07/15 | 1,434.94 |
| 07/17 | 578.79 |
| 07/20 | 149.71 |
| 07/22 | 139.76 |
| 07/30 | 134.79 |
| 07/31 | 120.32 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 4 |
| Deposited Items | 9 |
| **Transaction Total** | **16** |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |



July 01, 2009 through July 31, 2009
Account Number:



## Introducing Chase Exclusives for Business!
Better Rates, More Rewards and Bigger Discounts.

Special benefits for being a Chase Business Checking customer.
Talk to a Business Banker today to take advantage of these exclusive benefits.

To see a complete list of Business Exclusives, visit:
chase.com/ExclusivesForBusiness

*Certain offer requirements apply.*
A5FBBM070902



July 01, 2009 through July 31, 2009

Account Number:

This Page Intentionally Left Blank



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

August 01, 2009 through August 31, 2009
Account Number: 000000625052402

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000781 DRE 001 011 24409 - NNNNN  1 000000003 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



## CHECKING SUMMARY  Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | **$120.32** |
| Deposits and Additions | 2 | 9,492.34 |
| Checks Paid | 3 | - 6,073.51 |
| Other Withdrawals, Fees & Charges | 21 | - 3,539.15 |
| **Ending Balance** | **26** | **$0.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/10 | Deposit | $1,250.00 |
| 08/14 | Deposit | 8,242.34 |
| **Total Deposits and Additions** | | **$9,492.34** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4445  ^ | | 08/14 | $892.37 |
| 4446  ^ | | 08/17 | 4,381.14 |
| 4447  ^ | | 08/19 | 800.00 |
| **Total Checks Paid** | | | **$6,073.51** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



August 01, 2009 through August 31, 2009
Account Number: 000000625052402

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:      Step 1 Balance: $ _____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

     Step 2 Total: $ _____

3. Add Step 2 Total to Step 1 Balance.      Step 3 Total: $ _____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

     Step 4 Total: -$ _____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:      $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC



August 01, 2009 through August 31, 2009

Account Number: 000000525052402



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/10 | Online Payment 605263632 To Dependable | $375.00 |
| 08/10 | Online Payment 605264365 To AT&T | 258.72 |
| 08/10 | Online Payment 605265046 To Hamilton & Son Plumbing & Heatin | 167.50 |
| 08/10 | Online Payment 605265281 To Hamilton & Son Plumbing & Heatin | 50.90 |
| 08/10 | Online Payment 605264764 To Hamilton & Son Plumbing & Heatin | 48.00 |
| 08/10 | Online Payment 605264101 To Scioto County Sanitary Engineeri | 42.18 |
| 08/10 | Online Payment 605267138 To South Point Utilities | 36.50 |
| 08/10 | Online Payment 605267142 To South Point Utilities | 36.50 |
| 08/10 | Online Payment 605267144 To South Point Utilities | 36.50 |
| 08/10 | Online Payment 605267134 To American Electric Power | 36.36 |
| 08/10 | Online Payment 605267130 To American Electric Power | 32.29 |
| 08/10 | Online Payment 605267126 To American Electric Power | 21.43 |
| 08/10 | Online Payment 605267149 To South Point Utilities | 19.25 |
| 08/10 | Online Payment 605263271 To American Water Heater Rental | 18.14 |
| 08/10 | Online Payment 605263267 To American Water Heater Rental | 15.87 |
| 08/10 | Online Payment 605267135 To American Electric Power | 7.78 |
| 08/13 | Online Payment 606605469 To City of Portsmouth | 38.35 |
| 08/17 | Online Payment 607971129 To Bank of America | 330.10 |
| 08/18 | Auto-Owners      Ins. Prem           PPD ID: 1380315280 | 513.23 |
| 08/24 | Financial Management Software:  Monthly Service Fee | 9.95 |
| 08/31 | Withdrawal | 1,444.60 |
| **Total Other Withdrawals, Fees & Charges** | | **$3,539.15** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/10 | $167.40 |
| 08/13 | 129.05 |
| 08/14 | 7,479.02 |
| 08/17 | 2,767.78 |
| 08/18 | 2,254.55 |
| 08/19 | 1,454.55 |
| 08/24 | 1,444.60 |
| 08/31 | 0.00 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 2 |
| Deposited Items | 8 |
| **Transaction Total** | **15** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |



August 01, 2009 through August 31, 2009
Account Number: 00000625052402

## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| **Total Service Fees** | **$0.00** |

 CHASE

August 01, 2009 through August 31, 2009

Account Number: 00000625052402

## Introducing Chase Exclusives for Business!
Better Rates, More Rewards and Bigger Discounts.

Special benefits for being a Chase Business Checking customer.
Talk to a Business Banker today to take advantage of these exclusive benefits.

To see a complete list of Business Exclusives, visit:
chase.com/ExclusivesForBusiness



*Certain offer requirements apply.*
A5FBBM070902



August 01, 2009 through August 31, 2009

Account Number: 000000625052402

This Page Intentionally Left Blank



CHASE

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

September 01, 2009 through September 30, 2009
Account Number: 000000625052402



00000774 DRE 001 011 27409 - NNNNN  1 000000005 60

TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## IMPORTANT NOTICE ABOUT STOP PAYMENT FEES

Starting 10/25/09, we are lowering the Stop Payment Fee to $25 when you request a stop payment online through **chase.com**. The fee will remain the same at $32 if you go into a branch or call us to request a stop payment. Please call us at 1-800-CHASE38 (1-800-242-7338) if you have questions.

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 5 | 39,466.31 |
| Checks Paid | 5 | - 33,545.51 |
| Other Withdrawals, Fees & Charges | 31 | - 4,558.59 |
| **Ending Balance** | **41** | **$1,362.21** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | Deposit | $100.00 |
| 09/09 | Deposit | 3,350.90 |
| 09/14 | Deposit | 6,148.00 |
| 09/16 | Deposit | 29,187.41 |
| 09/23 | Deposit | 680.00 |
| **Total Deposits and Additions** | | **$39,466.31** |

Page 1 of 4

 CHASE

September 01, 2009 through September 30, 2009
Account Number: 000000625052402

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance: $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                          Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                    Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                          Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 EQUAL HOUSING LENDER     JPMorgan Chase Bank, N.A. Member FDIC



September 01, 2009 through September 30, 2009

Account Number: ‎000000625052402

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4448 ^ | | 09/14 | $892.37 |
| 4449 ^ | | 09/15 | 4,229.33 |
| 4450 ^ | | 09/18 | 20,193.81 |
| 4451 ^ | | 09/21 | 230.00 |
| 4452 ^ | | 09/18 | 8,000.00 |
| **Total Checks Paid** | | | **$33,545.51** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/09 | Withdrawal | $1,875.00 |
| 09/14 | Online Payment 623257058 To American Electric Power | 414.67 |
| 09/14 | Online Payment 623247523 To AT&T | 224.18 |
| 09/14 | Online Payment 623251488 To City of Ironton | 58.37 |
| 09/14 | Online Payment 623257068 To Scioto County Sanitary Engineeri | 42.18 |
| 09/14 | Online Payment 623251492 To South Point Utilities | 40.16 |
| 09/14 | Online Payment 623251496 To South Point Utilities | 40.16 |
| 09/14 | Online Payment 623251500 To South Point Utilities | 40.16 |
| 09/14 | Online Payment 623247141 To Fedex | 32.75 |
| 09/14 | Online Payment 623251481 To City of Ironton | 32.37 |
| 09/14 | Online Payment 623257056 To American Electric Power | 32.29 |
| 09/14 | Online Payment 623251504 To South Point Utilities | 21.18 |
| 09/14 | Online Payment 623257052 To American Electric Power | 18.61 |
| 09/14 | Online Payment 623246514 To Columbia Gas of Ohio | 16.54 |
| 09/14 | Online Payment 623246912 To Columbia Gas of Ohio | 13.67 |
| 09/14 | Online Payment 623257062 To American Electric Power | 12.34 |
| 09/14 | Online Payment 623257065 To American Electric Power | 7.51 |
| 09/15 | Online Payment 623884436 To Bank of America | 355.74 |
| 09/17 | Auto-Owners    Ins. Prem         PPD ID: 1380315280 | 513.23 |
| 09/23 | Online Payment 627899074 To American Electric Power | 443.30 |
| 09/23 | Online Payment 627896301 To Hamilton & Son Plumbing & Heatin | 72.00 |
| 09/23 | Online Payment 627894345 To Standard Alarm CO. | 64.20 |
| 09/23 | Online Payment 627898079 To Columbia Gas of Ohio | 34.19 |
| 09/23 | Online Payment 627897370 To Columbia Gas of Ohio | 26.31 |
| 09/23 | Online Payment 627900383 To American Water Heater Rental | 18.14 |
| 09/23 | Online Payment 627900376 To American Water Heater Rental | 15.87 |
| 09/24 | Online Payment 628571867 To American Electric Power | 8.02 |
| 09/25 | Online Payment 629205325 To Fedex | 36.66 |
| 09/25 | Online Payment 628980588 To American Electric Power | 32.29 |
| 09/30 | Cash Deposit Immediate | 2.50 |
| 09/30 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$4,558.59** |



September 01, 2009 through September 30, 2009
Account Number: 000000625052402

You can waive the monthly service fee on your  Chase BusinessClassic account by maintaining an average checking balance of $4,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period.  If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 09/08 | $100.00 | 09/18 | 1,679.69 |
| 09/09 | 1,575.90 | 09/21 | 1,449.69 |
| 09/14 | 5,784.39 | 09/23 | 1,455.68 |
| 09/15 | 1,199.32 | 09/24 | 1,447.66 |
| 09/16 | 30,386.73 | 09/25 | 1,378.71 |
| 09/17 | 29,873.50 | 09/30 | 1,362.21 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 5 |
| Deposited Items | 10 |
| **Transaction Total** | **22** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

October 01, 2009 through October 30, 2009
Account Number: 000000625052402



| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000769 DRE 001 011 30409 - YNNNN  1  000000002 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670

## Great news!

Now you can bank wherever you see the Chase sign at more than 15,000 Chase ATMs and over 5,100 branches nationwide. Many branches are open longer hours on Fridays and Saturdays - when you need them most. We're excited to bring you the convenience of full banking access from coast to coast  .

## CHECKING SUMMARY  Chase BusinessClassic

| | INSTANCES | AMOUNT |
| --- | --- | --- |
| **Beginning Balance** | | **$1,362.21** |
| Deposits and Additions | 5 | 9,407.76 |
| Checks Paid | 2 | - 5,071.70 |
| Other Withdrawals, Fees & Charges | 31 | - 5,410.30 |
| **Ending Balance** | **38** | **$287.97** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 10/05 | Deposit | $750.00 |
| 10/13 | Credit Return: Online Payment 564902792 To Department of Public Utilities | 34.86 |
| 10/14 | Deposit | 6,122.90 |
| 10/23 | Deposit | 2,000.00 |
| 10/28 | Deposit | 500.00 |
| **Total Deposits and Additions** | | **$9,407.76** |



October 01, 2009 through October 30, 2009
Account Number: 000000625052402

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | | _____ | | _____ | |
| _____ | | _____ | | _____ | |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:      $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC