



October 01, 2009 through October 30, 2009
Account Number: 000000625052402

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4453 ^ | | 10/14 | $4,179.33 |
| 4454 ^ | | 10/14 | 892.37 |
| **Total Checks Paid** | | | **$5,071.70** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Online Payment 634765393 To N Telos | $270.41 |
| 10/05 | Online Payment 634769487 To AT&T | 246.14 |
| 10/05 | Online Payment 634764309 To Scioto County Sanitary Engineeri | 42.18 |
| 10/05 | Online Payment 635044882 To Department of Public Utilities | 34.86 |
| 10/05 | Online Payment 634770769 To South Point Utilities | 32.84 |
| 10/05 | Online Payment 634770774 To South Point Utilities | 32.84 |
| 10/05 | Online Payment 634770765 To South Point Utilities | 32.84 |
| 10/05 | Online Payment 634766707 To City of Ironton | 31.70 |
| 10/05 | Online Payment 634766009 To Fedex | 26.96 |
| 10/05 | Online Payment 634770781 To South Point Utilities | 17.32 |
| 10/05 | Online Payment 634768700 To American Electric Power | 7.86 |
| 10/07 | Online Payment 636075688 To Hamilton & Son Plumbing & Heatin | 90.00 |
| 10/08 | Online Payment 636609137 To American Water Heater Rental | 18.14 |
| 10/08 | Online Payment 636609135 To American Water Heater Rental | 15.87 |
| 10/14 | Online Payment 639405800 To Bank of America | 330.10 |
| 10/16 | Deposited Item Returned    Unable To Locat004148    # of Items00001Ck#:0000000095    Dep Amt000000000612290Dep Date101409Ck Amt0000050000    Svc Fee001000 | 500.00 |
| 10/16 | Deposit Item Returned Fee: 01    004148    # of Items00001 | 10.00 |
| 10/19 | Auto-Owners    Ins. Prem    PPD ID: 1380315280 | 483.10 |
| 10/23 | Online Payment 644555358 To Aaron's Products, Inc. | 1,026.00 |
| 10/23 | Online Payment 644555364 To Hamilton & Son Plumbing & Heatin | 870.00 |
| 10/23 | Online Payment 644284918 To American Electric Power | 325.06 |
| 10/23 | Online Payment 644285574 To Hamilton & Son Plumbing & Heatin | 72.00 |
| 10/23 | Online Payment 644284004 To Fedex | 64.98 |
| 10/23 | Online Payment 644283601 To Columbia Gas of Ohio | 24.75 |
| 10/26 | Ohio Billmatrix  Utility    PPD ID: 0000452169 | 150.00 |
| 10/26 | Billmatrix    Bill Paymt    PPD ID: 0000452169 | 2.95 |
| 10/28 | Online Payment 686420951 To Bank of America | 330.10 |
| 10/28 | Online Payment 686447265 To N Telos | 216.01 |
| 10/29 | Online Payment 687296374 To Hamilton & Son Plumbing & Heatin | 90.00 |
| 10/30 | Cash Deposit Immediate | 1.29 |
| 10/30 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$5,410.30** |



October 01, 2009 through October 30, 2009
Account Number: 000000625052402

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $4,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 10/05 | $1,336.26 | 10/19 | 975.11 |
| 10/07 | 1,246.26 | 10/23 | 592.32 |
| 10/08 | 1,212.25 | 10/26 | 439.37 |
| 10/13 | 1,247.11 | 10/28 | 393.26 |
| 10/14 | 1,968.21 | 10/29 | 303.26 |
| 10/16 | 1,458.21 | 10/30 | 287.97 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 4 |
| Deposited Items | 9 |
| **Transaction Total** | **18** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

October 31, 2009 through November 30, 2009
Account Number: 000000625052402

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |


00015618 DRE 001 141 33509 - NYNNN T 1 000000000 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



## IMPORTANT NOTICE ABOUT YOUR ACCOUNT

We strictly prohibit the use of your accounts to conduct any transactions involving unlawful Internet gambling or any other illegal activity. This includes accepting or receiving any funds or deposits to your accounts from unlawful Internet gambling or other illegal activity. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338).

## CHECKING SUMMARY     Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $287.97 |
| Deposits and Additions | 3 | 1,920.00 |
| Other Withdrawals, Fees & Charges | 19 | - 2,059.31 |
| Ending Balance | 22 | $148.66 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/09 | Deposit | | $700.00 |
| 11/18 | Deposit | 457805417 | 530.00 |
| 11/30 | Deposit | 457805409 | 690.00 |
| **Total Deposits and Additions** | | | **$1,920.00** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | Online Payment 694881724 To AT&T | $254.22 |
| 11/09 | Online Payment 694873253 To Aaron's Products, Inc. | 80.25 |
| 11/09 | Online Payment 694874022 To Hamilton & Son Plumbing & Heatin | 58.00 |
| 11/09 | Online Payment 694876127 To Scioto County Sanitary Engineeri | 47.63 |
| 11/09 | Online Payment 694777927 To Department of Public Utilities | 38.35 |
| 11/09 | Online Payment 694876143 To South Point Utilities | 36.50 |
| 11/09 | Online Payment 694876131 To South Point Utilities | 36.50 |
| 11/09 | Online Payment 694876138 To South Point Utilities | 36.50 |



October 31, 2009 through November 30, 2009
Account Number: 000000625052402

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance:  $_____

2. List and total all deposits & additions   not shown on this statement:

   Date      Amount          Date      Amount          Date      Amount
   _____   _____        _____   _____        _____   _____
   _____   _____        _____   _____        _____   _____
   _____   _____        _____   _____        _____   _____

                                                              Step 2 Total:    $_____

3. Add Step 2 Total to Step 1 Balance.                        Step 3 Total:    $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

   Check Number or Date     Amount          Check Number or Date     Amount
   _____    _____        _____    _____
   _____    _____        _____    _____
   _____    _____        _____    _____
   _____    _____        _____    _____
   _____    _____        _____    _____
   _____    _____        _____    _____

                                                              Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.


JPMorgan Chase Bank, N.A. Member FDIC



October 31, 2009 through November 30, 2009
Account Number: 000000625052402

## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | Online Payment 694876619 To City of Ironton | 31.70 |
| 11/09 | Online Payment 694876146 To South Point Utilities | 19.25 |
| 11/09 | Online Payment 694811430 To American Electric Power | 9.47 |
| 11/09 | Online Payment 694784031 To Aep | 8.68 |
| 11/17 | Auto-Owners    Ins. Prem    PPD ID: 1380315280 | 483.11 |
| 11/17 | Insufficient Funds Fee | 32.00 |
| 11/18 | Online Payment 700598129 To Bank of America | 330.10 |
| 11/30 | Online Payment 707650267 To American Electric Power | 284.14 |
| 11/30 | Online Payment 707649219 To N Telos | 240.66 |
| 11/30 | Online Payment 707650268 To Columbia Gas of Ohio | 18.25 |
| 11/30 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$2,059.31** |



You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $4,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/09 | $330.92 |
| 11/17 | -184.19 |
| 11/18 | 15.71 |
| 11/30 | 148.66 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 3 |
| Deposited Items | 0 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |



October 31, 2009 through November 30, 2009
Account Number: 000000625052402

This Page Intentionally Left Blank

Page 4 of 8



October 31, 2009 through November 30, 2009
Account Number: 000000625052402

# STOP PAYMENT RENEWAL NOTICE

**ACCOUNT NUMBER**
000000625052402

**BANK NUMBER**
001

The following Stop Payments will automatically renew for a 1-year period. You may revoke a Stop prior to the renewal date by simply returning a signed copy of this form with an 'X' placed next to each item you may wish to revoke. The revoking of stop payments will be effective on the renewal date listed on your statement. To immediately remove a current stop payment, please contact your Customer Service Representative. Please allow 10 - 15 days for mail and processing times. Please ensure that an authorized signature is placed in the space provided and mailed to the return address listed at the bottom of the page. Any stops that are revoked will expire on the renewal date.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000001-01 | 02/24/06 | 02/24/10 | 3830 | $2,259.48 |



AUTHORIZED SIGNATURE: _____    DATE: _____

Tri State Realty & Rentals Inc
111 Fairview Ave
S Point OH 45680-9670

JPMorgan Chase Bank, N.A.
Ohio/West Virginia Markets
P O Box 260180
Baton Rouge  LA 70826-0180



JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

December 01, 2009 through December 31, 2009
Account Number: 000000625052402

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00006979 DRE 001 141 00110 - NNNYN T 1 000000000 60
TRI STATE REALTY & RENTALS
INC
111 FAIRVIEW AVE
S POINT OH 45680-9670



As of January 1, 2010, JPMorgan Chase Bank, N.A. will no longer participate in the Transaction Account Guarantee Program (TAGP) through the Federal Deposit Insurance Corporation (FDIC).  Our customers' deposits are protected by the strength and stability of Chase and insured up to $250,000 by the FDIC.  For more information about FDIC insurance visit www.fdic.gov.

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $148.66 |
| Deposits and Additions | 3 | 2,465.00 |
| Other Withdrawals, Fees & Charges | 24 | - 2,525.99 |
| Ending Balance | 27 | $87.67 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/09 | Deposit | 457805412 | $1,600.00 |
| 12/17 | Deposit | 540017135 | 360.00 |
| 12/23 | Deposit | 540481930 | 505.00 |
| **Total Deposits and Additions** | | | **$2,465.00** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | Online Payment 714726741 To Dependable | $335.00 |
| 12/09 | Online Payment 714722236 To Bank of America | 330.10 |
| 12/09 | Online Payment 714726738 To AT&T | 228.15 |
| 12/09 | Online Payment 714726742 To Hamilton & Son Plumbing & Heatin | 162.40 |
| 12/09 | Online Payment 714726739 To Columbia Gas of Ohio | 63.44 |
| 12/09 | Online Payment 714726743 To Scioto County Sanitary Engineeri | 47.63 |
| 12/09 | Online Payment 714726749 To South Point Utilities | 36.50 |
| 12/09 | Online Payment 714726750 To South Point Utilities | 36.50 |
| 12/09 | Online Payment 714726747 To South Point Utilities | 36.50 |
| 12/09 | Online Payment 714726748 To South Point Utilities | 36.50 |

Page 1 of 4



December 01, 2009 through December 31, 2009
Account Number: 000000625052402

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.   Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC



December 01, 2009 through December 31, 2009
Account Number: 000000625052402



## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | Online Payment 714726745 To South Point Utilities | 36.50 |
| 12/09 | Online Payment 714726751 To South Point Utilities | 19.25 |
| 12/09 | Online Payment 714726734 To American Electric Power | 9.56 |
| 12/11 | Online Payment 715932966 To Aep | 23.43 |
| 12/14 | Online Payment 717728748 To Columbia Gas of Ohio | 72.84 |
| 12/17 | Online Payment 720107488 To American Electric Power | 308.18 |
| 12/17 | Auto-Owners    Ins. Prem        PPD ID: 1380315280 | 226.57 |
| 12/23 | Online Payment 723776727 To Dependable | 225.00 |
| 12/23 | Online Payment 723776728 To Hamilton & Son Plumbing & Heatin | 162.40 |
| 12/23 | Online Payment 723776722 To American Water Heater Rental | 36.28 |
| 12/23 | Online Payment 723776725 To Columbia Gas of Ohio | 35.77 |
| 12/23 | Online Payment 723776720 To American Water Heater Rental | 31.74 |
| 12/23 | Online Payment 723776724 To American Water Heater Rental | 11.75 |
| 12/31 | Service Fee | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$2,525.99** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $4,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/09 | $370.63 |
| 12/11 | 347.20 |
| 12/14 | 274.36 |
| 12/17 | 99.61 |
| 12/23 | 101.67 |
| 12/31 | 87.67 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 3 |
| Deposited Items | 0 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $14.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$14.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$14.00** |



December 01, 2009 through December 31, 2009
Account Number: 000000625052402

This Page Intentionally Left Blank

Page 4 of 4