# EXHIBIT 3

| DATE OF DEPOSITS (2007) | CASH DEPOSIT AMOUNTS | CHECK DEPOSIT AMOUNTS | TELLERS FIRST NAME AND DRAWER NUMBER |
|---|---|---|---|
| JANUARY 4, 2007 (THUR) | 300.00 | 0 | CASH BOX # 30 - |
| JANUARY 12, 2007 (FRI) | 2,437.00 | 4,793.35 | CASH BOX # 34 – |
| FEBRUARY 12, 2007 (MON) | 2,500.00 | 0 | CASH BOX # 32 - |
| FEBRUARY 15, 2007 (THUR) | 3,092.00 | 4,010.52 | CASH BOX # 30 – |
| MARCH 5, 2007 (MON) | 3,400.00 | 0 | CASH BOS # 32 - |
| MARCH 12, 2007 (MON) | 1,858.00 | 3,821.22 | CASH BOX # 32 - |
| MARCH 15, 2007 (THUR) | 1,400.00 | 27.54 | CASH BOX # 07 - |
| MARCH 21, 2007 (WED) | 1,500.00 | 0 | CASH BOX # 32 - |
| APRIL 13, 2007 (FRI) | 2,382.00 | 4,440.65 | CASH BOX # 30 – |
| APRIL 20, 2007 (FRI) | 0 | 1,600.00 | CASH BOX # 42 - |
| MAY 2, 2007 (WED) | 1,450.00 | 0 | CASH BOX # 32 - |
| MAY 10, 2007 (THUR) | 2,200.00 | 0 | CASH BOX # 06 – |
| MAY 14, 2007 (MON) | 2,324.00 | 5,087.19 | CASH BOX # 32 - |
| JUNE 7, 2007 (THUR) | 0 | 64,893.52 | CASH BOX # 42 – |
| JUNE 15, 2007 (FRI) | 2,706.00 | 3,066.93 | CASH BOX # 46 - |
| JULY 13, 2007 (FRI) | 2,104.00 | 3,260.96 | CASH BOX # 30 – |
| AUGUST 15, 2007 (WED) | 2,858.00 | 3,574.12 | CASH BOX # 32 |
| SEPTEMBER 14, 2007 (FRI) | 2,251.00 | 3,123.87 | CASH BOX # 30 - |
| SEPTEMBER 21, 2007 (FRI) | 1,100.00 | 0 | CASH BOX # 16 – |
| OCTOBER 4, 2007 (THUR) | 0 | 31,664.59 | CASH BOX # 34 – |
| OCTOBER 10, 2007 (WED) | 1,000.00 | 0 | CASH BOX # 32 - |
| OCTOBER 15, 2007 (MON) | 2,544.00 | 2,727.00 | CASH BOX # 32 |
| NOVEMBER 9, 2007 (FRI) | 500.00 | 0 | CASH BOX # 30 – |
| NOVEMBER 15, 2007 (THUR) | 2,779.00 | 2,569.45 | CASH BOX # 30 – |
| NOVEMBER 23, 2007 (FRI) | 2,800.00 | 0 | CASH BOX # 30 – |
| NOVEMBER 30, 2007 (FRI) | 450.00 | 0 | CASH BOX # 11 - |
| DECEMBER 11, 2007 (TUE) | 550.00 | 0 | CASH BOX # 06 – |
| DECEMBER 14, 2007 (FRI) | 2,181.00 | 3,377.00 | CASH BOX # 03 - |
| DECEMBER 24, 2007 (MON) | 0 | 425.60 | CASH BOX # 17 - MARTHA |
| TOTALS | 48,666.00 | 142,463.51 | |

| DATE OF DEPOSITS (2008) | CASH DEPOSIT AMOUNTS | CHECK DEPOSIT AMOUNTS | TELLERS FIRST NAME AND DRAWER NUMBER |
|---|---|---|---|
| JANUARY 8, 2008 (TUE) | 2,300.00 | 0 | CASH BOX # 06 – |
| JANUARY 9, 2008 (WED) | 400.00 | 0 | # 32 |
| JANUARY 14, 2008 (MON) | 2,376.00 | 2,294.80 | # 32 |
| JANUARY 15, 2008 (TUE) | 375.00 | 0 | # 11 |
| JANUARY 22, 2008 (TUE) | 3,200.00 | 0 | CASH BOX # 34 – |
| FEBRUARY 14, 2008 (THUR) | 4,000.00 | 1,535.14 | CASH BOX # 34 – |
| FEBRUARY 15, 2008 (FRI) | 2,516.00 | 3,016.35 | CASH BOX # 17 – MARTHA |
| FEBRUARY 28, 2008 (THUR) | 2,000.00 | 0 | CASH BOX # 34 - |
| MARCH 12, 2008 (WED) | 2,200.00 | 0 | CASH BOX # 42 – |
| MARCH 14, 2008 (FRI) | 2,296.00 | 2,377.00 | CASH BOX # 17 – MARTHA |
| MARCH 24, 2008 (MON) | 1,600.00 | 0 | # 32 |
| MARCH 24, 2008 (MON) | 600.00 | 0 | # 32 |
| MARCH 26, 2008 (WED) | 0 | 1,000.00 | # 32 |
| APRIL 15, 2008 (TUE) | 2,506.00 | 2,568.31 | CASH BOX # 06 – |
| APRIL 15, 2008 (TUE | 2,200.00 | 1,500.00 | CASH BOX # 06 – |
| MAY 5, 2008 (MON) | 150.00 | 0 | # 32 |
| MAY 12, 2008 (MON) | 1,500.00 | 2,000.00 | CASH BOX # 34 – |
| MAY 15, 2008 (THUR) | 2,281.00 | 2,377.00 | # 07 |
| MAY 15, 2008 (THUR) | 1,200.00 | 0 | # 07 |
| MAY 21, 2008 (WED) | 0 | 60,000.00 | CASH BOX # 46 – |
| JUNE 12, 2008 (THUR) | 0 | 400.00 | # 07 |
| JUNE 13, 2008 (FRI) | 3,664.00 | 2,173.20 | # 07 |
| JUNE 16, 2008 (MON) | 150.00 | 0 | CASH BOX # 17 – MARTHA |
| JUNE 19, 2008 (THUR) | 115.00 | 0 | # 32 |
| JUNE 26, 2008 (THUR) | 763.00 | 436.85 | # 32 |
| JULY 14, 2008 (MON) | 3,331.00 | 2,167.64 | # 32 |
| JULY 21, 2008 (MON) | 860.00 | 0 | CASH BOX # 06 – |
| AUGUST 13, 2008 (WED) | 1,375.00 | 0 | CASH BOX # 14 – |
| AUGUST 15, 2008 (FRI) | 4,091.00 | 2,525.00 | CASH BOX # 42 – |
| SEPTEMBER 15, 2008 (MON) | 3,650.00 | 2,125.00 | CASH BOX # 14 – |
| OCTOBER 2, 2008 (THUR) | 2,100.00 | 0 | CASH BOX # 42 – |
| OCTOBER 9, 2008 (THUR) | 200.00 | 0 | CASH BOX # 34 – |
| OCTOBER 15, 2008 (WED) | 3,681.00 | 1,725.00 | # 32 |
| NOVEMBER 7, 2008 (FRI) | 2,100.00 | 0 | CASH BOX # 17 – MARTHA |
| NOVEMBER 14, 2008 (FRI) | 3,044.00 | 1,725.00 | CASH BOX # 42 – |
| NOVEMBER 14, 2008 (FRI) | 500.00 | 0 | CASH BOX # 42 – |
| NOVEMBER 26, 2008 (WED) | 450.00 | 0 | # 32 |
| DECEMBER 10, 2008 (WED) | 1,400.00 | 0 | # 07 |
| DECEMBER 15, 2008 (MON) | 2,626.00 | 3,525.00 | CASH BOX # 17 - MARTHA |
| TOTAL | CASH | CHECKS | |
|  | 67,800.00 | 95,471.29 | |

| DATE OF DEPOSITS (2009) | CASH DEPOSIT AMOUNTS | CHECKS DEPOSIT AMOUNTS | TELLERS FIRST NAME AND DRAWER NUMBER |
|---|---|---|---|
| JANUARY 15, 2009 (THUR) | 2,231.00 | 3,920.84 | CASH BOX # 34 – |
| JANUARY 15, 2009 (THUR) | 0 | 2,628.00 | CASH BOX # 34 – |
| JANUARY 15, 2009 (THUR) | 2,300.00 | 0 | CASH BOX # 34 – |
| JANUARY 16, 2009 (FRI) | 400.00 | 269.88 | CASH BOX # 17 – MARTHA |
| JANUARY 26, 2009 (MON) | 2,000.00 | 0 | CASH BOX # 7 |
| FEBRUARY 4, 2009 (WED) | 2,500.00 | 0 | CASH BOX # 30 – |
| FEBRUARY 13, 2009 (FRI) | 3,585.00 | 2,375.00 | CASH BOX # 17 – MARTHA |
| FEBRUARY 25, 2009 (WED) | 1,800.00 | 0 | CASH BOX # 46 – |
| MARCH 2, 2009 (MON) | 373.00 | 350.00 | CASH BOX # 32 |
| MARCH 5, 2009 (THUR) | 775.00 | 0 | CASH BOX # 46 – |
| MARCH 13, 2009 (FRI) | 3,944.00 | 2,614.20 | CASH BOX # 42 – |
| MARCH 16, 2009 (MON) | 650.00 | 0 | CASH BOX # 42 – |
| MARCH 18, 2009 (WED) | 0 | 6,251.00 | CASH BOX # 42 – |
| APRIL 13, 2009 (MON) | 2,000.00 | 0 | CASH BOX # 32 - |
| APRIL 15, 2009 (WED) | 3,622.00 | 2,653.14 | CASH BOX # 32 - |
| MAY 1, 2009 (FRI) | 1,500.00 | 0 | CASH BOX # 1 - |
| MAY 13, 2009 (WED) | 775.00 | 0 | CASH BOX # 32 - |
| MAY 15, 2009 (FRI) | 3,972.00 | 2,243.21 | CASH BOX # 7 - |
| MAY 28, 2009 (THUR) | 0 | 365.37 | CASH BOX # 30 – |
| JUNE 8, 2009 (MON) | 500.00 | 0 | CASH BOS # 32 - |
| JUNE 15, 2009 (MON) | 4,061.00 | 1,925.00 | CASH BOX # 34 – |
| JUNE 17, 2009 (WED) | 1,100.00 | 0 | CASH BOX # 10 |
| JULY 2, 2009 (THUR) | 500.00 | 0 | CASH BOX # 17 – MARTHA |
| JULY 6, 2009 (MON) | 700.00 | 0 | CASH BOX # 46 – |
| JULY 15, 2009 (WED) | 3,520.00 | 2,862.00 | CASH BOX # 32 - |
| JULY 30, 2009 (THUR) | 1,450.00 | 0 | CASH BOX # 34 – |
| AUGUST 10, 2009 (MON) | 1,250.00 | 0 | CASH BOX # 32 - |
| AUGUST 14, 2009 (FRI) | 4,900.00 | 3,342.34 | CASH BOX # 42 – |
| SEPTEMBER 4, 2009 (TUE) | 100.00 | 0 | CASH BOX # 17 – MARTHA |
| SEPTEMBER 9, 2009 (WED) | 3,300.00 | 50.90 | CASH BOX # 32 - |
| SEPTEMBER 14, 2009 (MON) | 3,523.00 | 2,625.00 | CASH BOX # 10 - |
| SEPTEMBER 16, 2009 (WED) | 0 | 29,187.41 | CASH BOX # 32 - |
| SEPTEMBER 23, 2009 (WED) | 680.00 | 0 | CASH BOX # 42 – |
| OCTOBER 5, 2009 (MON) | 750.00 | 0 | CASH BOX # 32 - |
| OCTOBER 14, 2009 (WED) | 3,047.00 | 3,075.90 | CASH BOX # 42 – |
| OCTOBER 23, 2009 (FRI) | 2,000.00 | 0 | CASH BOX # 17 – MARTHA |
| OCTOBER 28, 2009 (WED) | 500.00 | 0 | CASH BOX # 32 - |
| NOVEMBER 9, 2009 (MON) | 700.00 | 0 | CASH BOX # 32 - |
| NOVEMBER 18, 2009 (WED) | 530.00 | 0 | CASH BOX # 6 – |
| NOVEMBER 30, 2009 (MON) | 690.00 | 0 | CASH BOX # 46 – |
| DECEMBER 9, 2009 (WED) | 1,600.00 | 0 | CASH BOX # 10 - |
| DECEMBER 17, 2009 (THUR) | 360.00 | 0 | CASH BOX # 34 – |
| DECEMBER 23, 2009 (WED) | 505.00 | 0 | CASH BOX # 42 - |
| TOTAL | CASH 68,693.00 | CHECKS 66,739.19 | |